# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                                    ) <br> ) <br> MICHAEL L. BABICH et al.,        ) <br> ) <br> Defendants.                            ) | Criminal No. 16-CR-10343-ADB |

## MOTION TO SUBSTITUTE COUNSEL AND
## FOR LEAVE TO WITHDRAW APPEARANCES

By and through undersigned counsel, pursuant to Local Rule 83.5.2, Defendant John Kapoor respectfully moves this Court (1) to substitute Ropes & Gray attorneys Brien O'Connor and Aaron Katz, each of whom is a member in good standing of the Bar of this Court, for Nixon Peabody attorneys Brian Kelly, Robert Fisher, Mark Knights, Charles Dell'Anno, and Jason Casey; and (2) for leave to have the appearances of the aforementioned Nixon Peabody attorneys withdrawn.

Dated: December 22, 2017

Respectfully submitted,

/s/ Brien T. O'Connor
Brien T. O'Connor (BBO# 546767)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
(617) 951-7050 (fax)
brien.o'connor@ropesgray.com

Beth A. Wilkinson (admitted *pro hac vice*)
WILKINSON WALSH + ESKOVITZ
2001 M St. NW
Washington, D.C. 20036
(202) 847-4000
(202) 847-4005 (fax)
bwilkinson@wilkinsonwalsh.com

> Alexandra M. Walsh (admitted *pro hac vice*)
> WILKINSON WALSH + ESKOVITZ LLP
> 2001 M St. NW
> Washington, D.C. 20036
> (202) 847-4000
> (202) 847-4005 (fax)
> awalsh@wilkinsonwalsh.com
>
> Aaron M. Katz (BBO# 662457)
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston Street
> Boston, Massachusetts 02199
> (617) 951-7000
> (617) 951-7050 (fax)
> aaron.katz@ropesgray.com

## **CERTIFICATE OF SERVICE**

I, Brien T. O'Connor, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 22, 2017.

> /s/ Brien T. O'Connor
> Brien T. O'Connor