**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL L. BABICH et al., )<br>)<br>Defendants. )<br>) | Criminal No. 16-CR-10343-ADB |

**DEFENDANT JOHN KAPOOR'S**
**ASSENTED-TO MOTION TO ALLOW TRANSFER OF STOCK**

Defendant John Kapoor hereby moves this Court to allow the transfer of legal title of his shares of Insys stock (NASDAQ: INSY), including shares held in family trusts of which he is a beneficiary, to an independent revocable voting trust that has been approved by NASDAQ. Undersigned counsel has conferred with the Government on this motion, and the Government has assented.

The Court's October 25, 2017 restraining order (Dkt. #195) prohibits the transfer of Insys stock by Defendants without approval of the Court. NASDAQ has requested that, during the pendency of this case, Dr. Kapoor's Insys shares be held in an independent voting trust. The shares that Dr. Kapoor proposes to transfer into such independent voting trust are presently held in accounts managed by the company's transfer agent Computershare (which also recently took possession of stock certificates that previously had been maintained in Dr. Kapoor's personal safe), Bernard Harris, and Raymond James. No transfer of ownership of Dr. Kapoor's Insys stock, however, has occurred. Under the terms of the voting trust agreement that has been agreed to by NASDAQ, Insys, and Dr. Kapoor, the voting trust will not be allowed to dispose of Dr. Kapoor's Insys shares without Dr. Kapoor's permission, and Dr. Kapoor agrees that the Court's restraining order precludes him from providing such permission. As such, the Government will not be

prejudiced in any way by the transfer of Dr. Kapoor's shares to the independent voting trust that NASDAQ has approved.

For the foregoing reasons, Dr. Kapoor respectfully requests the Court issue an order allowing him to transfer his shares of Insys stock to the revocable voting trust.

Dated:  March 5, 2018                                  Respectfully submitted,

/s/ Aaron M. Katz

Beth A. Wilkinson (admitted *pro hac vice*)
WILKINSON WALSH + ESKOVITZ
2001 M St. NW
Washington, D.C. 20036
(202) 847-4000
(202) 847-4005 (fax)
bwilkinson@wilkinsonwalsh.com

Alexandra M. Walsh (admitted *pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
Washington, D.C. 20036
(202) 847-4000
(202) 847-4005 (fax)
awalsh@wilkinsonwalsh.com

Brien T. O'Connor (BBO# 546767)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
(617) 951-7050 (fax)
brien.o'connor@ropesgray.com

Aaron M. Katz (BBO# 662457)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
(617) 951-7050 (fax)
aaron.katz@ropesgray.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that I conferred with counsel for the Government with respect to this motion, and the Government indicated that it assents to the motion.

/s/ Aaron M. Katz

## CERTIFICATE OF SERVICE

I, Aaron M. Katz, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 5, 2018.

/s/ Aaron M. Katz