UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>(1) MICHAEL L. BABICH )<br>(2) ALEC BURLAKOFF )<br>(3) MICHAEL J. GURRY )<br>(4) RICHARD M. SIMON )<br>(5) SUNRISE LEE )<br>(6) JOSEPH A. ROWAN )<br>(7) JOHN N. KAPOOR )<br>    Defendants. )<br>) | CRIMINAL NO. 16-10343-ADB |

JOINT MEMORANDUM PURSUANT TO L.R. 116.5(b)

The parties, through their respective counsel as set forth below, submit this Second Joint Memorandum pursuant to L.R. 116.5(b) regarding the interim status conference.

(1)  Status of Automatic Discovery and Pending Discovery Requests

The United States produced automatic discovery related to the initial Indictment to Defendants Babich, Burlakoff, Gurry, Simon, Lee, and Rowan on February 2, 2017. The United States made supplemental disclosures to those defendants on March 6, April 14, June 9, June 29, July 26, and September 6, 2017. The United States received Defendants' discovery request on May 5, 2017, to which it responded on June 5, 2017. The First Superseding Indictment was unsealed on October 26, 2017. The United States provided Defendant Kapoor with all discovery described above on November 14, 2017.  The United States provided all defendants with automatic discovery related to the First Superseding Indictment on November 21, 2017. The United States made supplemental disclosures to all defendants on December 21, 2017, February 16, 2018, March 9, 2018, March 26, 2018, April 6, 2018, April 9, 2018, and April 18, 2018.

The defendants made discovery requests on March 20, 2018, March 22, 2018, and April 2, 2018. The United States responded to those requests on April 23, 2018.

Timing of Additional Discovery

The United States is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

(2) Protective Orders

The Court previously entered three protective orders (Docket Nos. 81, 83, and 282).

(3) Pretrial Motions under Fed. R. Crim. P. 12(b)

Pursuant to the Court's order of February 2, 2018 (ECF 278), the Defendants will file discovery motions on or before by May 21, 2018. The United States shall file its response to discovery motions within 21 days.

The parties have conferred, and request a schedule for motions filed pursuant to Fed. R. Crim. P. 12(b)(3)(B) as follows:

(a) The defendants shall file their motions on or before May 21, 2018;

(b) The United States shall file their responses within 30 days of the date the motions are filed; and

(c) The defendants shall file their replies within 14 days of the date the responses are filed.

(6) Timing of Expert Witness Disclosures

Pursuant to the Court's order of February 2, 2018 (ECF 279):

(a) the government shall serve on Defendants all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness it intends to call in an affirmative capacity at trial on or before August 1, 2018.

    (b) the Defendants shall serve on the government all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness they intend to call in an affirmative capacity at trial on or before October 1, 2018.

    (c) the Defendants shall serve on the government all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who they intend to call in a rebuttal capacity at trial on or before November 12, 2018.

    (d) the government shall serve on Defendants all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who it intends to call in a rebuttal capacity at trial (i.e., not during the Government's case in chief) on or before November 12, 2018.

    (7) <u>Defenses of Insanity, Public Authority or Alibi</u>

The Defendants will disclose defenses of Insanity, Public Authority, and Alibi by July 1, 2018.

    (8) <u>Periods of Excludable Delay</u>

Pursuant to the Court's Order of March 8, 2018 (ECF 288) all time to May 2, 2018 has been excluded.  The parties agree that the time from the Interim Status Conference until the next scheduled status conference should be excluded under the Speedy Trial Act.

    (9) <u>The Status of Any Plea Discussions and Likelihood and Estimated Length of Trial</u>

At this point, the parties anticipate that all Defendants will go to trial.

(10)  <u>The Timing of the Final Status Conference or any Further Interim Status Conference</u>

Pursuant to the Court's Order of February 5, 2018 (ECF 279) status conferences are scheduled for May 2, 2018 at 10:00 a.m., July 17, 2018 at 2:30 p.m., September 6, 2018 at 11:30 a.m., and October 4, 2018 at 11:30 a.m.

Pursuant to the Pretrial Order of (Burroughs J.) January 24, 2018 (ECF 277) the final status conference is scheduled January 8, 2019.

(11)  <u>Proposed Trial Date and Schedule</u>

Pursuant to the Pretrial Order of (Burroughs J.) January 24, 2018 (ECF 277) trial is scheduled January 28, 2019.


Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     /s/ *Susan M. Poswistilo*
        K. NATHANIEL YEAGER (630992)
        SUSAN M. POSWISTILO (BBO #565581)
        Assistant U.S. Attorneys
        Office of the U.S. Attorney
        John J. Moakley Federal Courthouse
        One Courthouse Way, Ste. 9200
        Boston, MA  02210
        NY:   (617)748-3311
        SMP:  (617) 748-3103
        nathaniel.yeager@usdoj.gov
        susan.poswistilo@usdoj.gov


| MICHAEL L. BABICH | ALEC BURLAKOFF |
|---|---|
| By: | By: |
|   s/Joseph Sedwick Sollers, III |    s/George W. Vien                           |
| Joseph Sedwick Sollers, III | George W. Vien |
| wsollers@kslaw.com | gwv@dcglaw.com |
| D.C. Bar No. 370886 | BBO No. 547741 |
| King & Spalding LLP | Peter E. Gelhaar |

| | |
|---|---|
| 1700 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>Telephone: (202) 737-0500<br>William H. Kettlewell<br>wkettlewell@collorallp.com<br>BBO No. 270320<br>Collora LLP<br>100 High Street<br>Boston, MA 02110<br>Telephone: (617) 371-1037 | peg@dcglaw.com<br>BBO No. 188310<br>Joshua N. Ruby<br>jnr@dcglaw.com<br>BBO No. 679113<br>Donnelly, Conroy & Gelhaar, LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>Telephone: (617) 720-2880 |
| MICHAEL J. GURRY<br>By:<br>   s/Tracy A. Miner<br>Tracy A. Miner (BBO# 547137)<br>tminer@demeollp.com<br>Megan Siddall (BBO# 568979)<br>msiddall@demeollp.com<br>Demeo LLP<br>200 State Street<br>Boston, MA 02109<br>Telephone: 617-263-2600 | RICHARD M. SIMON<br>By:<br>   s/Steven A. Tyrrell<br>Steven A. Tyrrell (admitted pro hac vice)<br>steven.tyrrell@weil.com<br><br>Patrick J. O'Toole, Jr. (BBO# 559267)<br>Patrick.otoole@weil.com<br><br>Weil, Gotshal & Manges LLP<br>2001 M Street, NW<br>Washington, D.C. 20036<br>Telephone: (202) 682-7213 |
| SUNRISE LEE<br>By:<br>   s/Lee Stein<br>Lee Stein<br>lee@MSCClaw.com<br>AZ Bar No. 012368<br>Mitchell Stein Carey PC<br>One Renaissance Square<br>2 North Central Avenue, Suite 1450<br>Phoenix, AZ 85004<br>Telephone: (602) 358-0291<br>Peter E. Ball (BBO #546031)<br>Fitch Law Partners LLP<br>One Beacon Street<br>Boston, MA 02108<br>T: (617) 542-5542<br>F: (617) 542-1542<br>Email: peb@fitchlp.com | JOSEPH A. ROWAN<br>By:<br>   s/Michael Kendall<br>Michael Kendall (BBO# 544866)<br>michael.kendall@whitecase.com<br>Alexandra Gliga (BBO# 694959)<br>alexandra.gliga@whitecase.com<br>White & Case, LLP<br>75 State Street<br>Boston, MA 02109<br>Telephone: 617-939-9310 |

JOHN KAPOOR
By:
   s/Beth A. Wilkinson
Beth A. Wilkinson (admitted pro hac vice)
WILKINSON WALSH + ESKOVITZ
2001 M St. NW
Washington, D.C. 20036
(202) 847-4000
(202) 847-4005 (fax)
bwilkinson@wilkinsonwalsh.com

Alexandra M. Walsh (admitted pro hac vice)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
Washington, D.C. 20036
(202) 847-4000
(202) 847-4005 (fax)
awalsh@wilkinsonwalsh.com

Brien T. O'Connor (BBO# 546767)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
(617) 951-7050 (fax)
brien.o'connor@ropesgray.com

Aaron M. Katz (BBO# 662457)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
(617) 951-7050 (fax)
aaron.katz@ropesgray.com

Certificate of Service

    I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

        By: /s/ *Susan M. Poswistilo*
        SUSAN M. POSWISTILO
        Assistant United States Attorney