UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 16-10343-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| (1) MICHAEL L. BABICH | ) | |
| (2) ALEC BURLAKOFF | ) | |
| (3) MICHAEL J. GURRY | ) | |
| (4) RICHARD M. SIMON | ) | |
| (5) SUNRISE LEE | ) | |
| (6) JOSEPH A. ROWAN | ) | |
| (7) JOHN N. KAPOOR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNITED STATES' STATUS REPORT REGARDING AGENCY DISCOVERY

Pursuant to this Court's order at the hearing on November 5, 2018, the United States respectfully provides this update regarding the status of agency discovery requested by the Defendants as described more fully in the Defendant's Status Report Regarding Agency Discovery (Docket No. 519).

The Defendants, citing the governments *Brady* and *Giglio* obligation, have demanded vast discovery from the Drug Enforcement Administration (the "DEA"), the Food and Drug Administration (the "FDA"), and the Centers for Medicare and Medicaid Services ("CMS"). First, the material sought by the Defendants is neither *Brady* nor *Giglio* material and is otherwise not discoverable. Nevertheless, the United States has sought to locate and produce much of what the Defendants requested. *See Joint Status Report of Agency Discovery* (Docket No. 487).

At issue is the Defendants demand that the FDA search its records – both internal communications and documents and public information – to provide the Defendant with evidence that the federal agency knew that not just opioids, but the subset of fast-acting TIRF opioids, can be and are used routinely, safely, and effectively, off-label to treat non-cancer pain.

According to FDA counsel, to date, at least 10-12 FDA employees have spent in excess of 100 combined hours searching for information responsive to the Defendants' requests. Their search resulted in FDA producing non-privileged, public information to the Defendants. That information includes FDAs acknowledgement that opioids are prescribed off-label.

The FDA has already performed a diligent search of the public record and provided the Defendant with detailed internet links and citations that demonstrate the agency's numerous public statements with respect to the entire class of opioid medications, some of which were indeed specific to TIRF opioids.[1] Internal deliberations, internal communications, and internal agency statements are irrelevant and are not final statements on behalf of that agency. Therefore, they are not material to this case.

Nevertheless, the Defendants are not satisfied with the FDA's production to date, notwithstanding that TIRF opioids are themselves opioids. The Defendants have not demonstrated the need to force the FDA to devote additional time and resources to locate information that has already been provided. The Defendants' request that the FDA continue to

---

[1] *See e.g.* Transcript of the FDA's August 3, 2018 Joint Meeting of the Drug Safety and Risk Management (DSaRM) and the Anesthetic and Analgesic Drug Products (AADPAC) Advisory Committee. On or about October 14, 2018, the government produced the direct link to this transcript. The transcript contains discussion of the off-label use of TIRF drugs and the purpose of establishing the TIRF REMS program. *See e.g. Id.* at pages 292-293. The complete transcript, agenda, audio and other materials can be found at: https://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/DrugSafetyandRiskManagementAdvisoryCommittee/ucm591104.htm (last visited November 9, 2018).

expend time and resources searching for this information is unnecessary, immaterial, and excessive.

Dated: November 9, 2018	ANDREW E. LELLING
	United States Attorney

	By:	/s/ *David G. Lazarus*
		K. NATHANIEL YEAGER (BBO # 630992)
		DAVID G. LAZARUS  (BBO #624907 )
		FRED WYSHAK, JR.
		Assistant U.S. Attorneys
		One Courthouse Way, Ste. 9200
		Boston, MA  02210
		(617) 748-3100
		david.lazarus2@usdoj.gov
		nathaniel.yeager@usdoj.gov

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

	/s/ *David G. Lazarus*
	David G. Lazarus
Dated: November 9, 2018	Assistant U.S. Attorney