# Exhibit 2

**Lazarus, David (USAMA)**

| | |
|---|---|
| **From:** | Beth Wilkinson <BWilkinson@wilkinsonwalsh.com> |
| **Sent:** | Thursday, November 29, 2018 10:10 AM |
| **To:** | Lazarus, David (USAMA) |
| **Cc:** | Kosta Stojilkovic; Yeager, Nathaniel (USAMA); Wyshak, Fred (USAMA); RG - Aaron Katz |
| **Subject:** | Re: Rule 7.1 Meet and Confer |

David:

Does the government view its press releases, including the one that labeled defendants as "no better than street-level drug dealers" who "fueled the opioid epidemic," as complying with the rules you just invoked? I certainly don't. For that matter, what is the DOJ referring to in its press statement yesterday that "many patients were inappropriately prescribed and overprescribed Subsys." You haven't disclosed any expert testimony to this effect, your indictment only charged a conspiracy, and you've repeatedly argued to the court that you don't have to put on evidence about particular patients and prescriptions at trial because it's only a conspiracy charge. And even if you have some evidence about this topic that I'm not aware of, it's presumably covered by the same protective orders that you are invoking here against me.

Please note that an examination of the government's press releases will feature heavily in our public response to anything you file. I cannot allow you to poison the jury pool through one-sided and factually inaccurate press statements.

1

I am, however, open to agreeing that both sides refrain from commenting to the press about the case going forward until the conclusion of trial.

Beth

**Beth A. Wilkinson** | Founding Partner
**WILKINSON WALSH + ESKOVITZ LLP**
2001 M Street NW, 10th Floor, Washington, DC 20036
Direct: (202) 847-4010 | Fax: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
www.wilkinsonwalsh.com

On Nov 29, 2018, at 9:31 AM, Lazarus, David (USAMA) <David.Lazarus2@usdoj.gov> wrote:

> Beth –
>
> Based on your comments to the media yesterday, we plan to file a motion to compel you to follow Local Rule 83.2.1 and all protective orders in the case.  I assume you do not assent, but please let us know your position so we may include it in a Rule 7.1 meet and confer certification.  We plan to file at noon so please let us know your position before then.
>
> Dave
>
>
>
> David G. Lazarus
> Assistant United States Attorney
> (617) 748-3373

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the addressee. It is the property of Wilkinson Walsh + Eskovitz LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.