UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 16-10343-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL L. BABICH, ET. Al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT
SUMMARY EXHIBITS OF VOLUMINOUS RECORDS**

The United States of America, respectfully moves to admit to admit summary exhibits pursuant to Federal Rule of Evidence 1006 at trial. However, the government continues to finalize its exhibits, including charts and summaries, and respectfully requests to supplement this motion once its exhibit list has been disclosed.

According to counsel, the defendants also intend to introduce summary exhibits and join in this request to hold this issue in abeyance until it ripens.

WHEREFORE, the United States respectfully requests the Court hold this issue in abeyance pending the deadline for delivery of exhibit lists.

ANDREW E. LELLING
United States Attorney

Dated: December 5, 2018     By:     /s/ *David G. Lazarus*
K. NATHANIEL YEAGER (BBO # 630992)
DAVID G. LAZARUS (BBO #624907 )
FRED WYSHAK, JR. (BBO #535940)
Assistant U.S. Attorneys
One Courthouse Way, Ste. 9200
Boston, MA  02210
(617) 748-3100
david.lazarus2@usdoj.gov
nathaniel.yeager@usdoj.gov
fred.wyshak@usdoj.gov

**Certificate of Compliance**

I certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue.

/s/ *David G. Lazarus*
David G. Lazarus
Assistant United States Attorney

Dated: December 5, 2018

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *David G. Lazarus*
David G. Lazarus
Dated: December 5, 2018           Assistant U.S. Attorney