UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 16-10343-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL L. BABICH, ET. Al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNITED STATES' PROPOSED VERDICT FORM

The United States of America respectfully submits the following proposed verdict form.

                          Respectfully submitted,

                          ANDREW E. LELLING
                          United States Attorney

By:    */s/ David G. Lazarus*_____
         DAVID G. LAZARUS
         FRED M. WYSHAK, JR.
         K. NATHANIEL YEAGER
         Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 5, 2018.

                        */s/ David G. Lazarus*_____
                        David G. Lazarus
Dated: December 5, 2018          Assistant U.S. Attorney

## COUNT ONE –  RACKETEERING CONSPIRACY

1. We, the jury, unanimously find the defendant, John Kapoor:

_____ **Not Guilty**          _____ **Guilty**

*(If you find the defendant guilty, go on to question 2.  If you find the defendant not guilty, continue to question 3.)*

2. We, the jury, find the following type or types of racketeering activity are those that the Defendant, John Kapoor, agreed was or would be committed, caused, or aided and abetted:

    _____ **Mail Fraud;**

    _____ **Honest Services Mail Fraud;**

    _____ **Wire Fraud;**

    _____ **Honest Services Wire Fraud;**

    _____ **Violation of the Controlled Substances Act;**

*(Continue to question 3)*

## COUNT ONE –  RACKETEERING CONSPIRACY

3. We, the jury, unanimously find the defendant, Michael Babich:

_____ **Not Guilty**         _____ **Guilty**

*(If you find the defendant guilty, go on to question 4.  If you find the defendant not guilty, continue to question 5.)*

4. We, the jury, find the following type or types of racketeering activity are those that the Defendant, Michael Babich, agreed was or would be committed, caused, or aided and abetted:

_____ **Mail Fraud;**

_____ **Honest Services Mail Fraud;**

_____ **Wire Fraud;**

_____ **Honest Services Wire Fraud;**

_____ **Violation of the Controlled Substances Act;**

*(Continue to question 5)*

## COUNT ONE – RACKETEERING CONSPIRACY

**5. We, the jury, unanimously find the defendant, Joseph Rowan:**

_____ **Not Guilty**          _____ **Guilty**

*(If you find the defendant guilty, go on to question 6.  If you find the defendant not guilty, continue to question 7.)*

**6. We, the jury, find the following type or types of racketeering activity are those that the Defendant, Joseph Rowan, agreed was or would be committed, caused, or aided and abetted:**

_____          Mail Fraud;

_____          Honest Services Mail Fraud;

_____          Wire Fraud;

_____          Honest Services Wire Fraud;

_____          Violation of the Controlled Substances Act;

*(Continue to question 7)*

## COUNT ONE –  RACKETEERING CONSPIRACY

**7.  We, the jury, unanimously find the defendant, Michael Gurry:**

    _____ **Not Guilty**        _____ **Guilty**

*(If you find the defendant guilty, go on to question 8.  If you find the defendant not guilty, continue to question 9)*

**8.  We, the jury, find the following type or types of racketeering activity are those that the Defendant, Michael Gurry, agreed was or would be committed, caused, or aided and abetted:**

    _____ **Mail Fraud;**

    _____ **Honest Services Mail Fraud;**

    _____ **Wire Fraud;**

    _____ **Honest Services Wire Fraud;**

    _____ **Violation of the Controlled Substances Act;**

*(Continue to question 9)*

## COUNT ONE – RACKETEERING CONSPIRACY

9. We, the jury, unanimously find the defendant, Richard Simon:

_____ **Not Guilty**           _____ **Guilty**

*(If you find the defendant guilty, go on to question 10.  If you find the defendant not guilty, continue to question 11.)*

10. We, the jury, find the following type or types of racketeering activity are those that the Defendant, Richard Simon, agreed was or would be committed, caused, or aided and abetted:

_____ **Mail Fraud;**

_____ **Honest Services Mail Fraud;**

_____ **Wire Fraud;**

_____ **Honest Services Wire Fraud;**

_____ **Violation of the Controlled Substances Act;**

*(Continue to question 11)*

## COUNT ONE – RACKETEERING CONSPIRACY

**11. We, the jury, unanimously find the defendant, Sunrise Lee:**

_____ **Not Guilty**          _____ **Guilty**

*(If you find the defendant guilty, go on to question 12.  If you find the defendant not guilty, your deliberations are concluded, continue to the next page.)*

**12. We, the jury, find the following type or types of racketeering activity are those that the Defendant, Sunrise Lee, agreed was or would be committed, caused, or aided and abetted:**

_____          **Mail Fraud;**

_____          **Honest Services Mail Fraud;**

_____          **Wire Fraud;**

_____          **Honest Services Wire Fraud;**

_____          **Violation of the Controlled Substances Act;**

*(continue to next page)*

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _____  DATE: _____