UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH, ET AL.<br><br>Defendants | CRIMINAL No. 16-CR-10343-ADB |

## **GOVERNMENT'S NOTICE REGARDING COURT ORDER #672**

The Court's order today (ECF 672) required the United States to produce all Jencks materials, or to notify the Court why it is unable or unwilling to do so. The government has previously produced Jencks materials, including all sworn testimony and reports of interview, at the 28-Day discovery deadline. Thereafter, the United States has updated discovery, and will continue to update discovery, on a rolling basis as reports and other materials become available. As a matter of law, the United States is permitted to provide all Jencks at a later time. As such, the United States respectfully reserves the right to make additional Jencks productions.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/*K. Nathaniel Yeager*
K. NATHANIEL YEAGER (BBO # 630992)
DAVID G. LAZARUS (BBO # 624907)
FRED WYSHAK, JR. (BBO #535940)
Assistant U.S. Attorneys
One Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100
david.lazarus2@usdoj.gov
nathaniel.yeager@usdoj.gov
fred.wyshak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                        /s/*K. Nathaniel Yeager*
                                        K. Nathaniel Yeager
                                        Assistant United States Attorney

Date: January 14, 2019