# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16-CR-10343-ADB |
| v. ) | |
| ) | |
| JOHN KAPOOR, et. al. ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' REVISED WITNESS LIST[1]

Pursuant to the Court's order, the United States presently intends to call the witnesses that appear below in **bold typeface**. The remaining witnesses may be called as the trial progresses. In addition, the United States reserves the right to modify and supplement this list. We believe you can sufficiently identify each witness below based on the information provided. Therefore, we do not believe it is necessary to provide additional information. Please let us know if you would like more information regarding the identity of the **bold typeface** witnesses.

| # | First | Last | City, State |
|---|---|---|---|
| 1. | **Angel** | **Alarcon** | **Charlotte, NC** |
| 2. | **Heather** | **Alfonso** | **Conway, SC** |
| 3. | Keeper of records | America Online | |
| 4. | Torgny | Andersson | Kansas City, MO |
| 5. | **A witness from** | **Anthem, Inc.** | |
| 6. | Cathy | Avers | Naperville, IL |
| 7. | Gavin | Awerbuch | **Bloomfield Hills, MI** |
| 8. | **Michael** | **Babich** | **Scottsdale, AZ** |
| 9. | Natalie | Babich (née Levine) | Scottsdale, AZ |
| 10. | **A witness from** | **BCBS** | |
| 11. | **Susan** | **Beisler** | **Mahwah, NJ** |
| 12. | Daniel | Brennan | Summit, NJ |
| 13. | **Holly** | **Brown** | **Chicago, IL** |
| 14. | Porsche | Brown | New York, NY |
| 15. | **Alec** | **Burlakoff** | **Palm Beach Gardens, FL** |

---

[1] The United States reserves the right to modify and supplement this witness list.

| # | First | Last | City, State |
|---|---|---|---|
| 16. | Scott | Byrd | Walkerton, IN |
| 17. | **Tamara** | **Campbell** | **Bradenton, Fl** |
| 18. | **Betty** | **Carrera** | **Taft, TX** |
| 19. | Frank | Case | Hayden, CO |
| 20. | **Steve** | **Cellestini** | **Raleigh, NC** |
| 21. | **Jessica** | **Chavez** | **El Mirage, AZ** |
| 22. | Eric | Cherveny | Chesterbrook, PA |
| 23. | Franci | Chestang | Creola, AL |
| 24. | **Woodrow** | **Chestang** | **Creola, AL** |
| 25. | **Terry** | **Childress** | **Pocahontas, AR** |
| 26. | Mike | Circle | St. George, UT |
| 27. | Lyndsey | Clancy | Phoenix. AZ |
| 28. | **A witness from** | **CMS/CMS Contractor** | |
| 29. | Jeffrey | Colley | Walpole, NH |
| 30. | A witness from | Compliance Integrated Services | |
| 31. | **Jessica** | **Crane** | **Boston, MA** |
| 32. | **Bryan** | **Crawford** | **Enterprise, MS** |
| 33. | **A witness from** | **CVS Caremark** | |
| 34. | **Danielle** | **Davis** | **Phoenix, AZ** |
| 35. | **Sara** | **Dawes** | **Oxford, CT** |
| 36. | Franc | Del Fosse | Gilbert, AZ |
| 37. | Jon | Delnegro | Phoenix, AZ |
| 38. | Witness(s) from | Deloitte Financial Advisory Services | |
| 39. | Michelle | DePew | Frisco, TX |
| 40. | **Larry** | **Dillaha** | **Brentwood, TN** |
| 41. | Joseph | Duncan | Washington, DC |
| 42. | **Keeper of Records** | **EJ Financial, Inc.** | |
| 43. | **Barbara** | **Evans** | **Bayou La Batre, AL** |
| 44. | **A witness from** | **Express Scripts** | |
| 45. | Gilbert | Fanciullo | Enfield, NH |
| 46. | Natalie | Fekete | Brighton, MA |
| 47. | Darin | Fila | Mesa, AZ |
| 48. | **April** | **Flanagan** | **Brandenton, FL** |
| 49. | **William** | **Fleischman** | **Brooklyn, NY** |
| 50. | **Kim** | **Fordham** | **Phoenix, AZ** |
| 51. | Lacy | Fortenberry | Atlanta, GA |
| 52. | Michael | Frey | Orange Park, FL |
| 53. | Alyssa | Fulton | Chandler, AZ |
| 54. | Raymond | Furchak | Spring, TX |
| 55. | **Oliver** | **Gauthier** | **Loganville, GA** |
| 56. | Donna | Giessinger | Flint, MI |
| 57. | **Enrique** | **Gloria** | **Laredo, TX** |

| #    | First              | Last                                  | City, State                                      |
|------|--------------------|---------------------------------------|--------------------------------------------------|
| 58.  | Teresa             | Grasso                                | Middleburg, PA                                   |
| 59.  | **Jenna**          | **Grosshans**                         | **Phoenix, AZ**                                  |
| 60.  | Tena               | Guellner                              | Lucedale, MS                                     |
| 61.  | **Elizabeth**      | **Gurrieri**                          | **Gold Canyon, AZ**                              |
| 62.  | **Mia**            | **Guzman**                            | **Pensacola, FL**                                |
| 63.  | Sandra             | Hackel                                | Shepardsville, KY                                |
| 64.  | Danny              | Hankins                               | Sherwood, AR                                     |
| 65.  | **Casey**          | **Hanoch**                            | **Allen, TX**                                    |
| 66.  | Steven             | Harper                                | Scottsdale, AZ                                   |
| 67.  | Michael            | Hartwig                               | Kansas City, KS                                  |
| 68.  | **Jodi**           | **Havens**                            | **Orland Park, IL**                              |
| 69.  | Keeper of Records  | Heather Alfonso (Comprehensive Pain)  |                                                  |
| 70.  | **Mark**           | **Hein**                              | **Chandler, AZ**                                 |
| 71.  | Alisa              | Helms                                 | Montgomery, AL                                   |
| 72.  | Mike               | Hemenway                              | Hinsdale, IL                                     |
| 73.  | Cheri              | Henshaw                               | Lake Havasu City, AZ                             |
| 74.  | **Alicia**         | **Hinesley**                          | **Conway, AR**                                   |
| 75.  | **Desiree**        | **Hollandsworth**                     | **Queen Creek, AZ**                              |
| 76.  | **Bridget**        | **Horan**                             | **Boston, MA**                                   |
| 77.  | **Richard**        | **Horrocks**                          | **Galveston, TX**                                |
| 78.  | **A witness from** | **Humana**                            |                                                  |
| 79.  | Keeper of Records  | Insys Therapeutics, Inc.              |                                                  |
| 80.  | Danielle           | Jakiela                               | Wallingford, CT                                  |
| 81.  | Yoshiko            | Jamison                               | Gilbert, AZ                                      |
| 82.  | **Michelle**       | **Kamzyuk**                           | **Milford, CT**                                  |
| 83.  | **Charles**        | **Kane**                              | **Empire Restaurant, Northern Avenue, Boston, MA** |
| 84.  | **Sherrie**        | **Kesterson**                         | **Hensley, AR**                                  |
| 85.  | **Parveen**        | **Khanna**                            | **Jacksonville, FL**                             |
| 86.  | Chris              | Klemick                               | Conshohocken, PA                                 |
| 87.  | **Tracy**          | **Krane**                             | **Long Beach, CA**                               |
| 88.  | Jennifer           | Krenkel                               | Manchester, NH                                   |
| 89.  | **Paul**           | **Lara**                              | **San Antonio, TX**                              |
| 90.  | **Lillian**        | **Logatti Santos**                    | **Revere, MA/Boca Raton, FL**                    |
| 91.  | Dominique          | Lukic                                 | Drexel Hill, PA                                  |
| 92.  | Sadaf              | Malik                                 | Newark, CA                                       |
| 93.  | **Brandon**        | **Marshall**                          | **Newport, RI**                                  |
| 94.  | John               | Mass                                  | Steamboat Springs, CO                            |
| 95.  | Justin             | McCaughan                             | Portland, TX                                     |
| 96.  | Deborah            | McClanahan                            | Bossier City, LA                                 |
| 97.  | Dan                | McConaghy                             | Creola, AL                                       |
| 98.  | Keeper of Records  | McKesson                              |                                                  |

| # | First | Last | City, State |
|---|---|---|---|
| 99. | Beth | McKey | Oxford, MS |
| 100. | Dan | Metzler | Conshohocken, PA |
| 101. | Lyndsey | Meyer | Phoenix, AZ |
| 102. | Rachel | Moore | Pace, FL |
| 103. | Matthew | Napoletano | Buffalo, NY |
| 104. | Aqsa | Nawaz | Hoover, AL |
| 105. | Clayton | Boquet (Optum RX) | Houston, TX |
| 106. | Nellie | Oquendo | Phoenix, AZ |
| 107. | Graves | Owen | Fredericksburg, TX |
| 108. | Patrick | Paige | West Palm Beach, FL |
| 109. | Jeffrey | Pearlman | Woodcliff Lake, NJ |
| 110. | Natalie | Perhacs | Fairhope, AL |
| 111. | A witness from | Plan365 | |
| 112. | Brianne | Plont | Meriden, CT |
| 113. | Keeper of Records | practice of Christopher Clough | |
| 114. | Keeper of Records | practice of Dr. Ahmad | |
| 115. | Keeper of Records | practice of Dr. Awerbuch | |
| 116. | Keeper of Records | practice of Dr. Chun (Sarasota Pain Associates) | |
| 117. | Keeper of Records | practice of Dr. Couch | |
| 118. | Keeper of Records | practice of Dr. Frey | |
| 119. | Keeper of Records | practice of Dr. Madison | |
| 120. | Keeper of Records | practice of Dr. Ruan | |
| 121. | Keeper of Records | practice of Dr. Somerville | |
| 122. | Todd | Prough | Richmond, VA |
| 123. | Joseph | Rannazzisi | Deer Park, NY |
| 124. | Dion | Reimer | Burnsville, MN |
| 125. | Channing | Reynolds | Steamboat, CO |
| 126. | Maury | Rice | Chandler, AZ |
| 127. | J. Carlos | Roman | Little Rock, AR |
| 128. | Abraham | Rosenberg | Newport, RI |
| 129. | Jerrold | Rosenberg | Warren, RI |
| 130. | Stacy | Ruggiero | Phoenix, AZ |
| 131. | Ty | Rustin | San Antonio, TX |
| 132. | A witness from | Silverscripts | |
| 133. | Keeper of Records | Skadden, Arps, Slate, Meager and Flom, LLP | |
| 134. | Kendra Marie | Skalnican | Midland, MI |
| 135. | Brett | Stacey | Seattle, WA |
| 136. | Ryan | Stewart | Encinitas, CA |
| 137. | Witness(s) from | Stroz Friedberg | |
| 138. | Brett | Szymanski | Leonard, MI |
| 139. | Stephen | Thomas | Pittsburgh, PA |
| 140. | Adam | Toronto | Irvine, CA |

5

| #    | First   | Last        | City, State   |
|------|---------|-------------|---------------|
| 141. | Tamisan | Witherspoon | Mobile, Al    |
| 142. | **Xun** | **Yu**      | **Miami, FL** |
| 143. | **Leslie** | **Zacks** | **Atlanta, GA** |
| 144. | Jing    | Zhao        | Easton, MD    |