# ATTACHMENT 1



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*  *Washington, D.C. 20530*

January 24, 2019

The Honorable Andrew E. Lelling
United States Attorney
District of Massachusetts
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention:  David Lazarus
   Assistant United States Attorney

  Re:  *United States v. Babich, et al. (Insys Therapeutics)*

Dear Mr. Lelling:

  Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Sue Beisler to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

            Sincerely,

            Raymond N. Hulser
            Deputy Assistant Attorney General



**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General*  Washington, D.C. 20530

January 24, 2019

The Honorable Andrew E. Lelling
United States Attorney
District of Massachusetts
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention:   David Lazarus
             Assistant United States Attorney

Re:   *United States v. Babich, et al. (Insys Therapeutics)*

Dear Mr. Lelling:

    Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Dion Reimer to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

Raymond N. Hulser
Deputy Assistant Attorney General



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*  　　　　　　　　　　Washington, D.C. 20530

January 24, 2019

The Honorable Andrew E. Lelling
United States Attorney
District of Massachusetts
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention:　David Lazarus
　　　　　　Assistant United States Attorney

　　Re:　*United States v. Babich, et al. (Insys Therapeutics)*

Dear Mr. Lelling:

　　Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Xun Yu to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　*/s/ Raymond N. Hulser*
　　　　　　　　　　　　　　　　　　Raymond N. Hulser
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*   *Washington, D.C. 20530*

January 24, 2019

The Honorable Andrew E. Lelling
United States Attorney
District of Massachusetts
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention:   David Lazarus
             Assistant United States Attorney

Re:   *United States v. Babich, et al. (Insys Therapeutics)*

Dear Mr. Lelling:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Matt Napoletano to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

Raymond N. Hulser
Deputy Assistant Attorney General



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*  Washington, D.C. 20530

January 24, 2019

The Honorable Andrew E. Lelling
United States Attorney
District of Massachusetts
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention:   David Lazarus
             Assistant United States Attorney

  Re:   *United States v. Babich, et al. (Insys Therapeutics)*

Dear Mr. Lelling:

  Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Brett Szymanski to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

                                    Sincerely,

                                    Raymond N. Hulser
                                    Deputy Assistant Attorney General



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*  Washington, D.C. 20530

January 24, 2019

The Honorable Andrew E. Lelling
United States Attorney
District of Massachusetts
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention:   David Lazarus
             Assistant United States Attorney

Re:   *United States v. Babich, et al. (Insys Therapeutics)*

Dear Mr. Lelling:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Oliver Gauthier to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

Raymond N. Hulser
Deputy Assistant Attorney General