# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

**************************

UNITED STATES OF AMERICA,
       Plaintiff

vs.                                    Case No. 1:16-cr-10343-ADB

MICHAEL L. BABICH ET AL,
       Defendants

**************************


                    TRANSCRIPT OF MOTION HEARING
               BEFORE THE HONORABLE JENNIFER C. BOAL
                      AT BOSTON, MASSACHUSETTS
                        ON NOVEMBER 5, 2018


APPEARANCES:

For the Plaintiff:
David G. Lazarus, Assistant United States Attorney
Fred M. Wyshak, Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
617-748-3100

For Defendant Michael Babich:
William H. Kettlewell, Esquire
Hogan Lovells US, LLP
100 High Street, 20th Floor
Boston, Massachusetts 02110
617-371-1005



Transcriber:  Karen M. Aveyard,
              Approved Federal Court Transcriber

         ----------------------------------------------------
                         TRANSCRIPTION PLUS
                          1334 ELM STREET
                   LEOMINSTER, MASSACHUSETTS 01453
                          (978) 466-9383
                        k.aveyard@comcast.net
```

1   our papers that it's difficult for them to identify certain
2   events, that's because there were so many events that were
3   happening that it's difficult for a sales rep to remember sure,
4   on a Tuesday in Omaha, this happened.  That's just a made up
5   hypothetical, your Honor.  But it's challenging for the sales
6   reps to identify that in that level of detail at times, but the
7   sales reps, their transcripts where they testified in the Grand
8   Jury had been turned over a year ago, and their interview
9   reports have been turned over.
10          So it's not as though it's a situation where we have
11  not provided any information, like in Davydov where there was
12  an allegation in a RICO case that the enterprise was going to
13  extort one business, but then, in fact, the Government proved
14  at trial two totally separate businesses for the first time.
15  That's not what's happening here, so a Bill of Particulars is
16  unnecessary.
17          Just in terms of some of the specifics, your Honor, we
18  addressed them in the papers.  I'm happy to address any that
19  the Court has questions about.  I would just note on this
20  concept of Area Business Liaisons, ABLs and BRMs, where there's
21  been a claim that there's OIG guidance that says that it's okay
22  to provide certain services, and, therefore, they need more
23  specificity to know what we're talking about that would violate
24  that, we allege in the Second Superseding Indictment, for
25  example, in Paragraphs 29 and 55, that targeted practitioners

1  were provided these types of services, and that takes it
2  outside of the OIG guidance, as an example, your Honor.
3          So that's just another place where they're looking to
4  lock us in prematurely and to conduct discovery, which is
5  inappropriate at this point.
6          THE COURT:  And you've identified who the targeted
7  practitioners are?
8          MR. LAZARUS:  So in the Second Superseding Indictment,
9  we did allege the practitioners you were speaking of earlier,
10 your Honor, and in the First Superseding Indictment we allege
11 additional practitioners.
12         THE COURT:  More.
13         So the first one had more and the second one had less?
14         MR. LAZARUS:  Correct.  That's correct, your Honor.
15         THE COURT:  But it wasn't clear to me, is it a subset
16 or is it different folks?
17         MR. LAZARUS:  They're the same.  Some who are in the
18 first are not in the second.
19         THE COURT:  Got it.  Alright.
20         Yes?
21         MR. STOLJILKOVIC:  Your Honor, if I may, a couple
22 things in response.
23         So I'm not sure I follow the last thing that counsel
24 said.  I understand that we've -- you know, looking at the
25 numbering in the Indictments, we've gone from ten to eight.

1   Looking at the 28-day letters, there was also longer lists
2   before under the FSI.  Now we're down to 13 in total.  We
3   understand that the Government is limiting itself to those 13.
4   Those are the only practitioners who it identifies as
5   co-conspirators.  So if that's not the case, that is certainly
6   nothing that we have been told, and I think it's another reason
7   for specificity.
8   　　　　But I also want to respond to the point that we're
9   seeking a witness list or discovery.  We're not.  I want to use
10  the example of Haitians again.  I can think of three general
11  ways this case could be tried.  Number one, the Government
12  attempts to prove a conspiracy involving the defendants and
13  involving the 13 practitioners, and to show that prescriptions
14  generally went up, or something to that effect.  If they're
15  going to stop there, I think the request for additional patient
16  specificity is essentially mooted.
17  　　　　A second scenario is they might try to prove that and
18  also show at trial that this particular patient shouldn't have
19  received the drugs.  Your Honor, even if they're down, as we
20  understand them to be, to 13 practitioners, they have hundreds
21  of patients.  We have a lot of patient files for them.  So if
22  that happens at trial, your Honor, that's something that we
23  need to prepare for.
24  　　　　Three, they could go even further and say not only are
25  they going to offer testimony about whether a particular