# EXHIBIT 1

CONFIDENTIAL AND SUBJECT TO ATTORNEY WORK PRODUCT
AND ATTORNEY-CLIENT PRIVILEGES

# Selected Documents

## August 7, 2014 Board of Directors Meeting





Skadden

EXHIBIT

0116

16-cr-10343-ADB

1

Confidential

INS-BOS-12216862

To: +16167196447;+19899063997;
From: Brett S:+16167196447
Date: 08/28/2013 06:26:35 PM GMT

I got dinner covered so no need to come unless you want. Same thing with lunch tomorrow

JMBM001641

file:///C/TEMP/CONVERT/JMBM001641.txt[7/2/2014 10:28:15 AM]

Confidential                                                                              INS-BOS-12216863

To: +16167196447;+19899063997;
From: Dr Awerbuch:+19899063997
Date: 08/28/2013 07:20:08 PM GMT

As long as you dont get inTrouble

JMBM001643

file:///C|/TEMP/CONVERT/JMBM001643.txt[7/2/2014 10:28:17 AM]

Confidential

INS-BOS-12216864

To: +16167196447;+19899063997;
From: Brett S:+16167196447
Date: 08/28/2013 07:50:44 PM GMT

Should be no problem

JMBM001644

file:///C|/TEMP/CONVERT/JMBM001644.txt[7/2/2014 10:28:18 AM]

Confidential

INS-BOS-12216865

To: +16167196447;+19899063997;
From: Dr Awerbuch:+19899063997
Date: 08/31/2013 10:27:35 PM GMT

I hope the programs went okay have a good weekend

JMBM001645

Confidential

INS-BOS-12216866

To: +16167196447;+19899063997;
From: Dr Awerbuch:+19899063997
Date: 09/10/2013 09:13:36 PM GMT

The other doc is not going what do you want me to do i cam order a couple meals

JMBM001662

file:///C|/TEMP/CONVERT/JMBM001662.txt[7/2/2014 10:28:17 AM]

Confidential

INS-BOS-12216867

To: +16167196447;+19899063997;
From: Brett S:+16167196447
Date: 09/10/2013 09:17:08 PM GMT

Ya just do that order 3 meals total

JMBM001663

file:///C/TEMP/CONVERT/JMBM001663.txt[7/2/2014 10:28:13 AM]

Confidential                                                                        INS-BOS-12216868

To: +16167196447;+19899063997;
From: Dr Awerbuch:+19899063997
Date: 11/28/2013 11:13:04 PM GMT

Same to you thank you for covering for me at those dinners

JMBM001765

file:///C/TEMP/CONVERT/JMBM001765.txt[7/2/2014 10:28:19 AM]

Confidential

INS-BOS-12216869

2

Confidential

INS-BOS-12216870

Date: 11/06/2013 11:36:35 PM GMT

Might be worth a shot to bump him to regional, maybe 1000$ didn't push the right buttons? If we do this and give him a few programs and still nothing, then maybe we just take what we are getting

JMBM002212

file:///C|/TEMP/CONVERT/JMBM002212.txt[7/2/2014 10:28:18 AM]

Confidential

INS-BOS-12216871

3

Confidential

## Email Message

**From:** aburlakoff@insysrx.com
**Sent:** Wednesday, October 03, 2012 12:36 PM
**To:** Michael Babich; Matthew Napoletano
**CC:** Sunrise Lee
**Subject:** Re: Fwd: resume

E mail from Dr Awerbuch below (after dinner), expect a nice 'bump' fellas....
Sent via BlackBerry by AT&T

**From:** <gavinia@aol.com>
**Date:** Wed, 3 Oct 2012 07:49:26 -0400
**To:** <aburlakoff@insysrx.com>
**Subject:** Fwd: resume

Good morning, I had great evening, thanks for dinner. I received a printout of the slides this am. I am
attaching my son,s CV to forward to your aunt, You never know. See you soon,, Gavin

-----Original Message-----
From: Eric Awerbuch <eawerbuc@asu.edu>
To: gavinia <gavinia@aol.com>
Sent: Tue, Oct 2, 2012 8:48 pm
Subject: resume

is attached

love, eric

IN01776551

INS-BOS-12216873

4

Confidential

INS-BOS-12216874



# Speaker Bureau Assessment

## 12.9.12

Confidential

INS-BOS-12216875

# Speaker ROI

## LTD 12/6/12: Total Active Speakers

| Region | Tot Active Speakers | 4Q Mkt Share | Tot Programs | Net Rev | Honor | ROI |
|---|---|---|---|---|---|---|
| Total: | 141 | 29% | 349 | $ 4,183,616 | $ 554,600 | 7.5 |
| NE | 28 | 29% | 75 | $ 1,491,611 | $ 105,600 | 14.1 |
| SE | 36 | 39% | 102 | $ 910,252 | $ 169,400 | 5.4 |
| MA | 28 | 43% | 42 | $ 459,465 | $ 62,600 | 7.3 |
| C | 28 | 19% | 73 | $ 574,715 | $ 117,600 | 4.9 |
| W | 21 | 19% | 57 | $ 747,573 | $ 99,400 | 7.5 |

- ROI Assessment
  - Captured 29% ROO Share of speakers (3Xs > overall ROO Market Share)

    Speakers generated $4.2M Net Rev LTD (60% of total net)
    - Speakers with programs generated ~6Xs more revenue per prescriber than those with no programs
  - Speakers received $554,600 total honoraria
  - 7.5:1 ROI, Honoraria to Net Rev (5:1 ROI Tot Prog Exp to Net Rev)
    - 11:1 ROI, Honoraria to Gross Rev (7:1 ROI Tot Prog Exp to Gross Rev)

- Regional Assessment
  - All Regions have an ROI of ≥ 5:1
  - NE doing best with ROI at 14:1 (largely due to Spags, Wags, & Nicholson)



# Speaker ROI Management

**LTD 12/6/12: Total Active Speakers**

| Region | Tot Active Speakers | 4Q Mkt Share | Tot Programs | Net Rev | Honor | ROI |
|---|---|---|---|---|---|---|
| Total: | 141 | 29% | 349 | $ 4,183,616 | $ 554,600 | 7.5 |
| NE | 28 | 29% | 75 | $ 1,491,611 | $ 105,600 | 14.1 |
| SE | 36 | 39% | 102 | $ 910,252 | $ 169,400 | 5.4 |
| MA | 28 | 43% | 42 | $ 459,465 | $ 62,600 | 7.3 |
| C | 28 | 19% | 73 | $ 574,715 | $ 117,600 | 4.9 |
| W | 21 | 19% | 57 | $ 747,573 | $ 99,400 | 7.5 |

- Flagged all speakers with ROI less than 2:1
  - Identified speakers to put temporary hold-on programming

  Identified candidates to consider to "soft delete"
- Identified speakers with revenue > $5K and no programs – to target programs

SUBSYS®
fentanyl sublingual spray
44,20,-400,510,800,1200,1600 mcg

MN00861

Confidential

INS-BOS-12216877

# Speaker Utilization

LTD 12/6/12:

| Region | Tot Active Speakers | Tot Not Used | % Used | Tot Programs | Avg Prog / Doc | Avg Prog / Used Doc |
|---|---|---|---|---|---|---|
| Total: | 141 | 34 | 76% | 349 | 2.5 | 3.3 |
| NE | 28 | 7 | 75% | 75 | 2.7 | 3.6 |
| SE | 36 | 12 | 67% | 102 | 2.8 | 4.3 |
| MA | 28 | 6 | 79% | 42 | 1.5 | 1.9 |
| C | 28 | 7 | 75% | 73 | 2.6 | 3.5 |
| W | 21 | 2 | 90% | 57 | 2.7 | 3.0 |

- Utilization Assessment
  - 141 Active speakers (excluding 8 nationals)
  - 76% of speakers completed a program (or will by 12/31)
  - 349 programs completed (including 34 scheduled 12/31)
  - 2.5 programs per doc overall (3.3 programs per doc for those completing programs)

- Region Assessment
  - 70 programs per Region YTD avg
  - SE doing best in terms of total programs & speaker utilization (had head start)
  - MA completed fewest programs & has lowest speaker utilization

SUBSYS®
fentanyl sublingual spray
100/200/400/600/800/1200/1600 mcg

4

MN^^862

Confidential

# Speaker Utilization Management

LTD 12/6/12:

| Region | Tot Active Speakers | Tot Not Used | % Used | Tot Programs | Avg Prog / Doc | Avg Prog / Used Doc |
|--------|--------------------|--------------|--------|--------------|----------------|---------------------|
| Total: | 141 | 34 | 76% | 349 | 2.5 | 3.3 |
| NE | 28 | 7 | 75% | 75 | 2.7 | 3.6 |
| SE | 36 | 12 | 67% | 102 | 2.8 | 4.3 |
| MA | 28 | 6 | 79% | 42 | 1.5 | 1.9 |
| C | 28 | 7 | 75% | 73 | 2.6 | 3.5 |
| W | 21 | 2 | 90% | 57 | 2.7 | 3.0 |

- Goal: 160 Total Active Speakers - 32 per region

- "Soft Delete" - evaluate 17 zero program + zero rev speakers
  - e.g. SE to delete minimum of 4 slots – 8 speakers under evaluation

- Re-evaluate list of "to be trained" speakers for regional distribution & rev potential

- Continue to schedule evening t-con training sessions



MNO0863

5



# Speaker Bureau

Regional Management Plan of Action

Confidential

INS-BOS-12216880

# NE Bureau Management

- Target # of "Active" Speakers: 32
- Total Active Speakers: 28
- Not Used: 7 (25%)
- 75 Programs (~3 / speaker)
- Need Programs: DiGiovanni & Duarte

LTD 12/6/12:

| Region | Tot Active Speakers | Tot Not Used | % Used | Tot Programs | Avg Prog / Doc | Avg Prog / Used Doc |
|---|---|---|---|---|---|---|
| Total: | 141 | 34 | 76% | 349 | 2.5 | 3.3 |
| NE | 28 | 7 | 75% | 75 | 2.7 | 3.6 |
| SE | 36 | 12 | 67% | 102 | 2.8 | 4.3 |
| MA | 28 | 6 | 79% | 42 | 1.5 | 1.9 |
| C | 28 | 7 | 75% | 73 | 2.6 | 3.5 |
| W | 21 | 2 | 90% | 57 | 2.7 | 3.0 |

## Zero Program & Zero Revenue:

| Last Name | ROO Decile | SUBSYS Decile | Total ISP YTD 12-6 | YTD Completed 12-6 | Market Share 4Q12 TD - 12-4 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid LTD 12-6 | ROI LTD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Demessmin | 2 | 1 | 0 | 0 | 0 | $ - | $ - | #DIV/0! | See Patel's scripts (previously Gehret) |
| Scheuermann | 7 | 1 | 0 | 0 | 0% | $ - | $ - | #DIV/0! | Recently trained, Sonia to follow-up |

## ROI < 2:1 (Speakers w/ Programs):

| Last Name | ROO Decile | SUBSYS Decile | Total ISP YTD 12-6 | YTD Completed 12-6 | Market Share 4Q12 TD - 12-4 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid LTD 12-6 | ROI LTD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Anello | 3 | 3 | 4 | 2 | 55% | $ 6,089 | $ 3,200 | 1.9 | On par |
| Padnes | 9 | 2 | 1 | 1 | 0% | $ 1,847 | $ 1,000 | 1.8 | Temporary Hold, Mike Babich to follow-up |
| Kaufman | 6 | 3 | 4 | 4 | 18% | $ 16,398 | $ 9,600 | 1.7 | Temporary Hold, monitor |
| Levy | 1 | 2 | 1 | 1 | 100% | $ 1,552 | $ 1,600 | 1.0 | Recently trained |
| Brennan | 9 | 1 | 3 | 3 | 5% | $ 3,794 | $ 4,800 | 0.8 | Recently activated |
| Sobel | 5 | 2 | 2 | 2 | 0% | $ 1,990 | $ 3,200 | 0.6 | Prescriptions not tracking due to wokers comp |
| Dermady | 5 | 1 | 2 | 2 | 0% | $ - | $ 2,000 | 0.0 | Soft Delete? PA? |

SUBSYS®
fentanyl sublingual spray
wa. 100,200,300,400,600,800 mcg
7
MN00865

INS-BOS-12216881

# SE Bureau Management

- Target # of "Active" Speakers: 32
- Total Active Speakers: 36
- Not Used: 12 (33%)
- 102 Programs (~3 / speaker)
- Need Programs: Brownlow, Wilson, Kornfield, Harstfield

LTD 12/6/12:

| Region | Tot Active Speakers | Tot Not Used | % Used | Tot Programs | Avg Prog Doc | Avg Prog Used Doc |
|---|---|---|---|---|---|---|
| Total: | 141 | 34 | 76% | 349 | 2.5 | 3.3 |
| NE | 28 | 7 | 75% | 75 | 2.7 | 3.6 |
| SE | 36 | 12 | 67% | 102 | 2.8 | 4.3 |
| MA | 28 | 5 | 79% | 42 | 1.5 | 1.9 |
| C | 28 | 7 | 75% | 73 | 2.6 | 3.5 |
| W | 21 | 2 | 90% | 57 | 2.7 | 3.0 |

## Zero Program & Zero Revenue:

| Last Name | ROO Decil | SUBSYS Decil | Total ISP YTD 12-6 | Completed YTD 12+6 | Market Share 4Q12TD - 12+ | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TP | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Arnold | 7 | 1 | 0 | 0 | 0% | $ - | $ - | #DIV/0! | Soft Delete? |
| Columbus | 1 | 2 | 0 | 0 | 0 | $ (131) | $ - | #DIV/0! | Soft Delete? |
| Foote | 1 | 1 | 0 | 0 | #DIV/0! | $ - | $ - | #DIV/0! | Soft Delete? |
| Garcia | 1 | 1 | 0 | 0 | #DIV/0! | $ - | $ - | #DIV/0! | Soft Delete? |
| Hussey | 6 | 2 | 0 | 0 | 0% | $ (228) | $ - | #DIV/0! | Soft Delete? |
| Landy | 3 | 1 | 0 | 0 | 0% | $ - | $ - | #DIV/0! | Soft Delete? |
| Schappo | 2 | 1 | 0 | 0 | #DIV/0! | $ - | $ - | #DIV/0! | Soft Delete? |
| Sloan | 8 | 1 | 0 | 0 | 0% | $ - | $ - | #DIV/0! | Rep to follow-up or Soft Delete? |

## ROI < 2:1 (Speakers w/ Programs):

| Last Name | ROO Decil | SUBSYS Decil | Total ISP YTD 12-6 | Completed YTD 12+6 | Market Share 4Q12TD - 12+ | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TP | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Chun | 10 | 8 | 5 | 5 | 12% | $ 21,155 | $ 12,000 | 1.8 | Bar Tondre to follow-up |
| Sanchez | 4 | 2 | 3 | 3 | 11% | $ 4,249 | $ 3,000 | 1.4 | Temporary Hold |
| Bandhik | 3 | 6 | 7 | 7 | 23% | $ 9,554 | $ 7,000 | 1.4 | Temporary Hold, May have PA |
| Groth | #N/A | #N/A | 9 | 8 | #DIV/0! | $ - | $ 8,000 | 0.0 | Hol[?]ren's FA, Recently activate & wrote >12 Rxs |
| Galloway | 2 | 3 | 4 | 4 | 100% | $ 4,688 | $ 4,000 | 1.2 | Temporary Hold |
| Stewart | 4 | 2 | 1 | 1 | 0% | $ 831 | $ 1,600 | 0.5 | Marcus to follow-up or soft delete |
| Huang | 6 | 4 | 2 | 2 | 0% | $ 696 | $ 3,200 | 0.2 | Recently hired new rep |
| Thiyagarajah | 4 | 5 | 8 | 7 | 79% | $ 2,251 | $ 11,200 | 0.2 | Temporary Hold |
| Daitch | 8 | 3 | 5 | 5 | 0% | $ 404 | $ 12,000 | 0.0 | Temporary Hold, Need Frey/Daitch strategy |
| Krost | 5 | 1 | 1 | 1 | 0% | $ - | $ 1,600 | 0.0 | Recently trained |

8

MIN^866

INS-BOS-12216882

# MA Bureau Management

- **Target # of "Active" Speakers: 32**

- **Total Active Speakers: 28**

- Not Used: 6 (21%)

- 42 Programs (~1.5 / speaker)

- Need Programs: no speakers at this time

**LTD 12/6/12:**

| Region | Tot Active Speakers | Tot Not Used | % Used | Tot Programs | Avg Prog / Doc | Avg Prog / Used Doc |
|---|---|---|---|---|---|---|
| Total: | 141 | 34 | 76% | 349 | 2.5 | 3.3 |
| NE | 28 | 7 | 75% | 75 | 2.7 | 3.6 |
| SE | 36 | 12 | 67% | 102 | 2.8 | 4.3 |
| MA | 28 | 6 | 79% | 42 | 1.5 | 1.9 |
| C | 28 | 7 | 75% | 73 | 2.6 | 3.5 |
| W | 21 | 2 | 90% | 57 | 2.7 | 3.0 |

## Zero Program & Zero Revenue:

| Last Name | ROO Decile | SUBSYS Decile | Total ISP YTD 12-6 | Completed YTD 12-6 | Market Share 4Q12TD - 12-6 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TT |
|---|---|---|---|---|---|---|---|---|
| Knab | 6 | 1 | 0 | 0 | 0% | $  - | $  - | #DIV/0! Soft Delete? |
| Murphy | 5 | 1 | 0 | 0 | 0% | $  - | $  - | #DIV/0! Soft Delete? |
| Whitten | 8 | 1 | 0 | 0 | 0% | $  - | $  - | #DIV/0! Soft Delete? |

## ROI < 2:1 (Speakers w/ Programs):

| Last Name | ROO Decile | SUBSYS Decile | Total ISP YTD 12-6 | Completed YTD 12-6 | Market Share 4Q12TD - 12-6 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TT | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Kelly | 7 | 2 | 2 | 2 | 37% | $ 4,144 | $ 3,200 | 1.3 | Temporary Hold |
| Hoffberg | 8 | 3 | 4 | 4 | 31% | $ 9,470 | $ 9,600 | 1.0 | Temporary Hold, Need a strategy |
| Memon | 2 | 2 | 2 | 2 | #DIV/0! | $ 3,085 | $ 3,200 | 1.0 | Temporary Hold |
| Bush | 4 | 1 | 1 | 1 | 0% | $  - | $ 1,000 | 0.0 | Temporary Hold, Soft Delete? |
| Lee | 2 | 2 | 1 | 1 | 0% | $ (115) | $ 1,600 | -0.1 | Need to look at Dr Tham's group as a whole |
| El-Mohandes | 5 | 2 | 1 | 1 | 0% | $ (143) | $ 1,600 | -0.1 | Identify PA |

9

MN00867

INS-BOS-12216883

# C Bureau Management

- Target # of "Active" Speakers: 32
- Total Active Speakers: 28
- Not Used: 7 (25%)
- 73 Programs (~2.5 / speaker)
- Need Programs:  Markiv, Walker, Klymiuk, & Shemesh

**LTD 12/6/12:**

| Region | Tot Active Speakers | Tot Not Used | %Used | Tot Programs | Avg Prog / Doc | Avg Prog / Used Doc |
|---|---|---|---|---|---|---|
| Total: | 141 | 34 | 76% | 349 | 2.5 | 3.3 |
| NE | 28 | 7 | 75% | 75 | 2.7 | 3.6 |
| SE | 36 | 12 | 67% | 132 | 2.8 | 4.3 |
| MA | 28 | 6 | 79% | 42 | 1.5 | 1.9 |
| C | 28 | 7 | 75% | 73 | 2.6 | 3.5 |
| W | 21 | 2 | 90% | 57 | 2.7 | 3.0 |

## Zero Program & Zero Revenue:

| Last Name | ROO Decile | SUBSYS Decile | Total ISP YTD 12-6 | Completed YTD 12-6 | Market Share 4Q12TD - 12-6 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Candido | 1 | 0 | 0 | 0 | #DIV/0I | $ - | $ - | #DIV/0. | Soft Delete? |
| Koenigsberg | 0 | 0 | 0 | 0 | #DIV/0I | $ - | $ - | #DIV/0. | Recently Trained |

## ROI < 2:1 (Speakers w/ Programs):

| Last Name | ROO Decile | SUBSYS Decile | Total ISP YTD 12-6 | Completed YTD 12-6 | Market Share 4Q12TD - 12-6 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Pantle-Fisher | 6 | 2 | 1 | 1 | 0% | $ 1,278 | $ 1,600 | 0.8 | Temporary Hold, Holly Brown to follow-up |
| Gold | 7 | 2 | 1 | 1 | 12% | $ 1,109 | $ 1,600 | 0.7 | Temporary Hold, Rich Simon to follow-up |
| Grant Sr. | 4 | 2 | 1 | 1 | 0% | $ 740 | $ 1,600 | 0.5 | Just started prescribing |
| Guarino | 10 | 2 | 2 | 2 | 0% | $ 1,880 | $ 4,800 | 0.4 | Temporary Hold, Need strategy |
| Matthews | 9 | 2 | 1 | 1 | 11% | $ 510 | $ 1,600 | 0.3 | Recently trained |
| Ahmad | 7 | 2 | 4 | 4 | 19% | $ 3,058 | $ 9,600 | 0.3 | Temporary Hold |
| Sanchez | 5 | 2 | 4 | 3 | 24% | $ (29) | $ 3,000 | 0.0 | Temporary Hold |
| Rosenblum | 4 | 1 | 5 | 4 | 27% | $ (439) | $ 6,400 | -0.1 | Just started prescribing |

SUBSYS®
(fentanyl sublingual spray)
100,200,400,600,800,1,600 mcg

MN^9868

INS-BOS-12216884

# W Bureau Management

LTD 12/6/12:

| Region | Tot Active Speakers | Tot Not Used | % Used | Tot Programs | Avg Prog / Doc | Avg Prog / Used Doc |
|---|---|---|---|---|---|---|
| Total: | 141 | 34 | 76% | 349 | 2.5 | 3.3 |
| NE | 28 | 7 | 75% | 75 | 2.7 | 3.6 |
| SE | 36 | 12 | 67% | 102 | 2.8 | 4.3 |
| MA | 28 | 6 | 79% | 42 | 1.5 | 1.9 |
| C | 28 | 7 | 75% | 73 | 2.6 | 3.5 |
| W | 21 | 2 | 90% | 57 | 2.7 | 3.0 |

- Target # of "Active" Speakers: 32

- Total Active Speakers: 21

- Not Used: 2 (10%)

- 57 Programs (2.7 / speaker)

- Need Programs:  no speakers at this time

## Zero Program & Zero Revenue:

| Last Name | ROO Decile | SUBSYS Decile | Total LSP YTD 12-6 | Completed YTD 12-6 | Market Share 4Q12 YTD - 12-4 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TTD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Beamer | 4 | 3 | 1 | 0 | 0 | 0% | $  - | $  - | #DIV/0I | Soft Delete? |
| Hymes | 8 | 1 | 0 | 1 | 0 | 0% | $  - | $  - | #DIV/0I | Soft Delete? |

## ROI < 2:1 (Speakers w/ Programs):

| Last Name | ROO Decile | SUBSYS Decile | Total LSP YTD 12-6 | Completed YTD 12-6 | Market Share 4Q12 YTD - 12-4 | SUBSYS Net Rev LTD 12-6 | Honorarium Paid TD 12-6 | ROI TTD | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Sacks | 7 | 3 | 7 | 5 | 42% | $ 17,222 | $ 12,000 | 1.4 | Temporary stay on programs |
| Singh | 9 | 3 | 2 | 2 | 3% | $ 2,759 | $ 3,200 | 0.9 | Priority |
| Tennant | 10 | 4 | 4 | 4 | 4% | $ 8,174 | $ 9,600 | 0.9 | Erika to follow-up |
| Anderson | 7 | 6 | 7 | 7 | 58% | $ 11,466 | $ 16,800 | 0.7 | Temporary stay on programs |
| Annabi | 1 | 2 | 4 | 4 | 0% | $ 2,439 | $ 4,000 | 0.6 | Soft Delete? |

SUBSYS

MN00869

INS-BOS-12216885



BACK-UP Slides

INS-BOS-12216886

# Program Attendance (as of 12/5/12)

| Program Type | # of Programs | Attendees | Attendees / Program* | Tot Prescribers / Program** |
|---|---|---|---|---|
| Marketing Dinner Mtg | 5 | 69 | 13.8 | 5 |
| Rep Dinner Mtg | 125 | 959 | 7 | 4 |
| Group Practice Briefing | 196 | 2,712 | 14 | 4 |
| Total | 326 | 3,740 | 11 | 4 |

\* Includes speaker & rep
\*\* Includes speaker

- Avg program attendance is 11 (including speaker & excluding rep)
  - Avg prescribers per program is 4 (including speaker)

SUBSYS®
fentanyl sublingual spray
100, 200, 400, 600, 800, 200, 800 mcg

13

MN00871

Confidential

INS-BOS-12216887

# Program Cost Assessment (as of 12/5/12)

| Program Type | # of Programs | Attendees | Honoraria | Banquet & AV | Travel & Exp | Tot OOP | Avg Cost / Program | Avg Cost / Attendee |
|---|---|---|---|---|---|---|---|---|
| Marketing Dinner Mtg | 5 | 69 | $ 9,400 | $ 16,723 | $ 3,297 | $ 29,420 | $ 5,884 | $ 426 |
| Rep Dinner Mtg | 125 | 959 | $ 208,000 | $ 145,364 | $ 13,254 | $ 366,618 | $ 2,933 | $ 382 |
| Group Practice Briefing | 196 | 2712 | $ 340,200 | $ 42,810 | $ 9,734 | $ 392,744 | $ 2,004 | $ 145 |
| Total | 326 | 3740 | $ 557,600 | $ 204,897 | $ 26,285 | $ 788,782 | $ 2,420 | $ 211 |

- Avg cost per program is $2,420
  - Break-even = 1 script ($2,500)
- Marketing Dinners ~ 2.5 Xs cost and only netted 1 additional prescriber
  - Eliminated and reallocated funds

SUBSYS™

14

MN00872

INS-BOS-12216888

# ISPs Completed to Date – As of 12.5.12*
## Performance Assessment Summary

| Program Type | # of Completed Programs | Total Attendees | # Prescribers Attended | # Non-Prescribers Attended | Avg. Prescribers Per Program | Honoraria | Banquet & AV | Travel & Expenses | Total OOP | Avg. Cost Per Program | Avg. Cost Per Attendee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marketing-Driven Dinner Meetings | 5 | 69 | 22 | 33 | 4.4 | $ 9,400 | $16,723 | $ 3,297 | $ 29,420 | $ 5,884 | $ 426 |
| Rep-Driven Dinner Meetings | 125 | 959 | 349 | 330 | 2.8 | $ 208,000 | $145,364 | $ 13,254 | $ 366,618 | $ 2,933 | $ 382 |
| Group Practice Briefings | 196 | 2,712 | 548 | 1,766 | 2.8 | $ 340,200 | $ 42,810 | $ 9,734 | $ 392,744 | $ 2,004 | $ 145 |
| Total | 326 | 3,740 | 919 | 2,129 | 2.8 | $ 557,500 | $204,897 | $ 26,285 | $ 788,782 | $ 2,420 | $ 211 |

| | |
|---|---|
| Avg. Program Cost | $2,420 |
| % of Program Spend Toward Honoraria | 71% |
| Avg. Honoraria | $1,710 |
| Per Attendee | $211 |

*Data reported is based on reconciled receipts and Attendee Sign-in Forms received to date. Average Cost per Prescriber may be reduced once Attendee Sign-in forms have been received. Total Attendees includes participants, INSYS and Speaker. Summary is based on information received to date and may be revised based on program reconciliations.

- 326 completed programs (August 8 – December 5, 2012)
- Return requirements
  - 1 TRx to support program justification spend (approximately $3K/TRx)

MN00873

# Hyper Target Productivity

| | # HCPs | % Reached Q3-Q4 | Seen Frequency Q3-Q4 | % Activation Q3-Q4 | Productivity Q3-Q4 (Writers Only) | % RX Generated Q3-Q4 | % Gross $ Generated Q3-Q4 | Market Share Q3** |
|---|---|---|---|---|---|---|---|---|
| **Hyper Targets III** | **145** | **100%** | **22** | **82%** | **12** | **62%** | **61%** | **21%** |
| Non Targets | 1707 * | 73% * | 8 * | 13% * | 4 | 38% | 39% | 3% |
| SUBSYS Call Universe | 1852 * | 80% * | 11 * | 18% * | 6 | 100% | 100% | 7% |

*: Only count D2 and above HCPs

**: Subsys share of all ROO products among each individual HCP group

- 145 original (removed KOLs)
  - >80% activated
  - Generating >60% of prescriptions & revenue
  - 3Xs more productive than activated non-Hyper Targets
- Soft Deleted 20 (& trained 23 new speakers

SUBSYS®
fentanyl sublingual spray)
100, 200, 400, 600, 800, 900 mcg

16

MNO0874

# Hyper Target Productivity: Activity

| | # HCPs | % Reached Q3-Q4 | Seen Frequency Q3-Q4 | % Activation Q3-Q4 | Productivity Q3-Q4 | % RX Generated Q3-Q4 | % Gross $ Generated Q3-Q4 |
|---|---|---|---|---|---|---|---|
| **Hyper Targets III** | **75** | **100%** | **27** | **95%** | **15** | **49%** | **40%** |
| Non Targets | 1777 | 75% * | 9 * | 15% * | 4 | 51% | 60% |
| SUBSYS Call Universe | 1852 | 80% * | 11 * | 18% * | 6 | 100% | 100% |

*: Only count D2 and above activations

- 75 Hyper Targets with Activity
  - 95% activated
  - Generating 50% of prescriptions
  - 3Xs more productive

Confidential

MN00875

17



INS-BOS-12216892

# Speaker Programs
## Controls

- Rep Submits Program Request – specifying desired speaker, venue, date & time
  - Rep obtains RSM approval for program and speaker based on objective/strategy
  - Rep selects speaker only from approved list of active speakers
  - Specifies type of program:  Dinner or Group Practice Briefing (GPB)
  - Specifies Target Audience:  Pain, Onc, PCP or Mix (approval needed if not D3+ Pain target)
  - Specify Target # of attendees:  approval needed for extenuating circumstances
    - 10+ per Dinner Meeting
    - 2+ per GPB

- Set menus
  - All inclusive costs [food, beverage, tax, and tip] consistent with PhRMA guidelines (i.e., dinner budget up to $100/person; lunch budget up to $20/person and breakfast up to $20/person).

- Sign-In Sheets – signatures, DEA or state license must be obtained for all attendees

- Submit: sign-in sheets, receipts, evaluation forms within 24 hrs post program

- Sci-Medica provides weekly program report with attendance results & costs

- Weekly status meetings with SciMedica to review completed & scheduled meetings

- Monthly reconciliation with SciMedica and Finance

- End of year OOP reconciliation



19

MN00877

INS-BOS-12216893

# Program Allocation by Region
## 2012

- Marketing Dinner Meetings
  - Original Total:  20 (4 per RSM)
  - Revised Total:  6

- Rep Dinner Meetings
  - Total:  100 (17 per RSM = 85 +15 discretionary)

- Group Practice Briefings
  - Total:  200 (4 per Rep x 47 reps = 188 + 12 discretionary)

    - NE:  9 x 4 = 36
    - SE:  10 x 4  = 40
    - MA:  8 x 4 = 32
    - C:  8 x 4 = 32
    - W:  12 x 4 = 48

20

20

SUBSYS

MN008778

Confidential

INS-BOS-12216894

# Speaker Bureau
*Speaker Breakdown & Classification*

## Specialty Breakdown

- Trained Speakers: 153
  - Physicians: 143
    - MD: 135
    - DO: 8
  - PhD: 1
  - NP/MS: 4
  - PA: 5

- Specialties
  - Pain Physician: 142
    - Anes: 71
    - PM&R: 37
    - Neur: 13
    - Psych: 8
    - PCP: 9
    - Rhuem: 2
  - Onc: 2
    - Hem-Onc: 1
    - Rad Onc: 1
  - Mid-Levels: 9
    - PA: 5
    - NP: 4

## Classification

- ROO Experience (unit deciles)
  - D10 – 18 (of 28)
  - D9 – 14
  - D8 – 19
  - D7 – 16
  - D6 – 18
  - D5 – 15
  - D4 – 14
  - D3 – 12
  - D2 – 8 (most higher TRx decile, 7 wrote SUBSYS 6/20)
  - D1 – 9 (most higher TRx decile, 3 wrote SUBSYS 6/20)
  - D0 – 9 (6 national experts, 2 wrote 6/20, 1 delete)

- Prominence: 153
  - National: 37
  - Regional: 71
  - Local: 45

- Fair Market Value (avg)
  - National: $2,400
  - Regional: $1,600
  - Local: $1,000

**Note: Speaker Bureau is dynamic & is monitored and continuously improved**

SUBSYS™
fentanyl sublingual spray
100, 200, 400, 600, 800, 1600 mcg

21

MN00879

# Speaker Bureau Modification

- Soft Deleted 20 (~13%)
  - Identifying additional soft deletes based on lack of experience
- Trained additional 23

SUBSYS

(fentanyl sublingual spray)
100/200/400/600/800/1200, 1600 mcg

MN00880

22



# Speaker Program Process Flowchart

**Program Submission**

- Program Request submitted to SciMedica Group (SMG)
- SMG confirms program receipt w/in 24 hrs & notifies Mktg if outside parameters
- SMG schedules and confirms Speakers. Rep and Speaker are sent pre-event confirmations
- Program is moved to In-Progress Status

**In-Progress**

- Speaker is contacted to discuss travel preferences
- Travel is booked once approved by Speaker
- Final travel itinerary is sent to Speaker and Rep

**In-Progress continued**

- Group Practice Briefings are confirmed
- Venue-based programs are scheduled and contracted
- SMG handles all program logistics and credit card authorizations
- Program is moved to Set-Up Complete status

**Set-Up Complete**

- Program status notifications are sent to Speaker and Rep
- SMG handles any changes to the program, Speaker or Speaker travel
- Pre-event Pack emailed to Speaker and Rep
- Program occurs

**Completion**

- Reps submit sign-in and receipt to SMG for program close-out
- Speaker honorarium is processed by SMG
- Speaker expenses are submitted and processed by SMG
- SMG utilizes receipts to complete program reconciliation
- SMG completes final program report

30.00.450.650.900...700.1600 Rev....23
July 2012 Confidential

MN00881

Confidential                                                                                           INS-BOS-12216897

# Speaker Programs
## Pre-Program Preparation Check List

- Determine if your targets should be invited to host an office-based GPB or attend a venue-based Dinner Program and discuss objective/strategy when gaining RSM approval.

- Submit each program (Dinner or Group Practice Briefing) to SMG using the *SUBSYS Medical Education Program Excel Template*.

  Required Info: Potential date(s) and time(s), speaker choice(s), program location (office or venue name and address), and number of expected attendees.

- Designate the program type of attendees as:  Pain, Onc, PCP or Mixed (pain and ONC).

- Choose the date and time of your program carefully (e.g., do not schedule programs on religious holidays and consider  Mon and Fri tend to be less of a draw).

- Invite all key targets to the program using the following approved materials provided by SMG for each confirmed program: Program Invitation (email and print versions, Registration Form, and Flyer (for office-based programs).

- Invitees should include your <u>key targets</u> and their mid-level providers such as nurse practitioners and physician assistants.  The programs are designed to be clinical in nature and, therefore, non clinical office staff, such as office managers, should not be invited.

- Encourage attendance by emphasizing the name and affiliation of the confirmed speaker and explain the opportunity for attendees to interact with the speaker and attendees.

- Remind targets in the weeks and/or days leading up to the scheduled program.

24

SUBSYS®
(fentanyl sublingual spray)
C-II  100/200/400/600/800/1200/1600 mcg

24

MN^882

# Speaker Programs
## Day of Program Check List

- For dinner programs, if possible, visit offices of all target invitees and make sure they are coming to the program.

- Arrive at office or venue 60 minutes early to set up the room and be prepared to welcome any attendees who arrive early.

- Ensure all attendees (including INSYS staff) sign in using the form provided by SMG

- Bring co-pay cards, placebo units and clinical studies to hand out.

- Meet with the speaker prior to the start of the program to review program logistics and discuss the audience anticipated for the program. Ask the speaker's preference regarding taking questions throughout the program or after completion of the slide presentation.

- Introduce the speaker and make sure you have their CV or biography

- Determine if attendees have any questions for the speaker.

- At end of the program, thank the speaker and all attendees.

- Fax the Attendee Sign-In Form(s), receipts, & evaluation forms  to SMG at 484-534-3862.  This is critical as SMG will be responsible for all program attendee reporting.

- Write a brief synopsis of the program and send to Matt Napoletano & Teresa Grasso
    - Type of program (Dinner, GPB, Pain, Onc, or Mix), Speaker evuation, number of attendees and degrees (md, pa/np, or m), assessment of audience receptivity,  any highlights,  hot topics, or

SUBSYS

25

MN00883

INS-BOS-12216899

# Speaker Programs
## *Post-Program Check List*

- Follow up with all attendees within three days following the program. Ask them what they liked about program, how they see using the product, if they have any unanswered questions, etc.

- In the six weeks after the program, continue to follow up with program attendees weekly and continue to reinforce the benefits of the products discussed in the program.

SUBSYS®

26

MN00884

Confidential

INS-BOS-12216900

5

INS-BOS-12216901

## Email Message

**From:** Alec Burlakoff [aburlakoff@insysrx.com]
**Sent:** Thursday, January 17, 2013 6:45 PM
**To:** Mia Guzman
**CC:** Joseph Rowan; Desiree Hollandsworth
**Subject:** Dr. Banchik

Mia

NO more programs for Dr. Banchik, this is disgraceful!
Clearly she does not believe Subsys is the best choice for her patients.

Below is what she described ( just in the last 12 weeks )

Alec

| Sum of Total TRx | Product | | | | |
|---|---|---|---|---|---|
| Account Name | SUBSYS | FENTORA | FENTANYL CITRATE | ACTIQ | Grand Total |
| Bart Gatz | 17 | 36 | 17 | | 70 |
| Paul Wand | | 21 | 8 | | 29 |
| Lisa Banchik | 7 | 18 | | | 25 |
| Mitchell Lampert | | 24 | | | 24 |
| Scott Tannenbaum | | 13 | 6 | | 19 |
| Alan Gruskin | | 5 | 2 | 3 | 10 |
| Jeffrey Steinberg | | | 10 | | 10 |
| Stuart Krost | | 9 | | | 9 |
| Gerald Goldberg | | | 8 | | 8 |
| Mohan Gulati | | 8 | | | 8 |
| Charles Huang | | 8 | | | 8 |
| Daniel Cartledge | | 3 | | 4 | 7 |
| Robert Cooper | | | 6 | | 6 |
| David Liporace | | 6 | | | 6 |
| Seth Wachsman | | | 6 | | 6 |
| Humberto Porrata | | | | 5 | 5 |
| Marco Ghignone | | | 5 | | 5 |
| Eddie Sassoon | | | 4 | | 4 |
| Bruce Hindin | | | 3 | | 3 |
| Matthew Deutscher | | | 3 | | 3 |
| Harold Dalton | | | 2 | | 2 |
| Roberto Duran | | 2 | | | 2 |

IN00142687

INS-BOS-12216902

| | | | | | |
|---|---|---|---|---|---|
| William McRoberts | | | 2 | | 2 |
| Javier Prettelt | | | 2 | | 2 |
| Ahmet Ozaktay | | | 2 | | 2 |
| Grand Total. | 24 | 153 | 86 | 12 | 275 |

**Alec Burlakoff**
Vice President, Sales


THERAPEUTICS, INC.

444 South Ellis Road Chandler, AZ 85224
P: (561) 239-9573  *  F: (602) 910-2627
aburlakoff@insysrx.com  *  www.insysrx.com

IN00142687

Confidential                                                                INS-BOS-12216903

INS-BOS-12216904

## Email Message

**From:** Alec Burlakoff
**Sent:** Thursday, September 12, 2013 3:52 PM
**To:** Sunrise Lee
**Subject:** FW: Kourtney Nagy

**From:** Michael Babich
**Sent:** Thursday, September 12, 2013 8:47 AM
**To:** Jenna Grosshans; Alec Burlakoff
**Subject:** Re: Kourtney Nagy

Yes

**From:** Jenna Grosshans
**Sent:** Thursday, September 12, 2013 11:41 AM
**To:** Alec Burlakoff
**Cc:** Michael Babich
**Subject:** RE: Kourtney Nagy

Hi,

The last email I saw on this was Mike asking Xun how many opt-in's and new writers Brett had had since receiving an ABL. I was waiting for the "go ahead" before sending anything out.

I'm assuming we are good to go on this?

Jenna

-----Original Message-----
From: Alec Burlakoff
Sent: Thursday, September 12, 2013 7:41 AM
To: Jenna Grosshans
Cc: Michael Babich
Subject: RE: Kourtney Nagy

Jenna
As a point of reference, Mike Babich described this hire as "strategic".....

This is Dr Awerbuch's niece, I know she was very excited about the opportunity we presented her with as an ABL.

Mike understands our rational for this ABL

Please advise

-----Original Message-----
From: Sunrise Lee

IN00792177

Confidential

INS-BOS-12216905

Sent: Wednesday, September 11, 2013 7:20 PM
To: Jenna Grosshans
Cc: Alec Burlakoff; Richard Horrocks; Richard Simon
Subject: Kourtney Nagy

Hi Jenna,
Could you please tell me what the status is for the new Detroit ABL, Kourtney Nagy? She is very anxious.

Sunrise Lee
Central Regional Director
slee@insysrx.com
616-666-0005

Sent from my iPhone

IN00792177

Confidential

INS-BOS-12216906

7

INS-BOS-12216907

Date: October 2, 2013
To: Human Resources
CC: Alec Burlakoff

On Thursday, September 12, Tracy Couch contacted me to inquire about changes
to speaker programs as it related to speaker availability. I explained that we
want the field to be conscientious about changes and that we expected programs
to be buttoned up to minimize changes. I further explained that some are
unavoidable for example if a speaker was unavoidably unavailable. I provided
the example that if Dr. Akbik had a conflict and needed to cancel but she wanted
to salvage the program, she may want to consider asking another qualified
speaker. She revealed that was exactly the situation she was facing but was
under the impression that no changes could be made. I responded that if that
was the case it was absolutely a reasonable and responsible business decision.
Upon further discussion, Tracy revealed that the speaker canceled three weeks
prior; he was needed out of the country. She was instructed by her supervisor,
Sunrise Lee, that the program would continue as scheduled with the original
speaker. Tracy was further instructed to recruit as normal and take the recruited
HCPs to dinner. Upon Dr. Akbik return, she was to have him sign the ISP sign in
sheet and submit to corporate. Tracy knew the implication would not only
jeopardize Dr. Akbik, the relationship but also her and the entire company. She
reported that she made several attempts to persuade Sunrise to pursue a
different course of action. Tracy also commented to me that if this behavior was
the expectation of corporate management, that she did not feel she could work at
INSYS any longer. I explained that it was absolutely not and she did the right
thing by contacting me.
I asked if she had spoken to Sunrise's supervisor, Alec Burlakoff, VP of Sales or
Rich Simon, Director of Sales. She responded that she had not. She had hoped to
speak with me to simply cancel the program. She did not want to go to senior
sales management for fear of losing her job or negative treatment as a result of
her coming forward.
As the program was scheduled for that same evening, we discussed the best
remedy of the situation. We canceled the program without the customary
written notification to Dr. Akbik or Sunrise.
Alec and I discussed the situation and he agreed that canceling was the best
course of action. He was specifically concerned for the position that Tracy was in
and visibly disappointed she feared for her job for doing the right thing. He
adamantly expressed that he fully supported Tracy and would speak to Sunrise
immediately. We agreed that I would encourage Tracy to contact him directly.
That evening, I spoke with Tracy again. I explained that she did the right thing by
coming forward and I didn't want to put her or her relationship with Sunrise in a
compromising situation but it was imperative that I elevate the incident. In the
best interest of the company, I believed that Alec needed and deserved the
opportunity to take action in an effort to correct the behavior and avoid future
misunderstandings related to the company policies and expectations. We further
discussed that she was Alec's primary concerned and that he really wanted the
opportunity to speak with her. I encouraged her to call him and that she did not
have to worry about her job.

IN02097369

The following day, Friday,
Alec followed up with me and advised that he spoke with both Tracy and Sunrise.
He reported that he specifically advised Sunrise that she made a mistake and
offered advise to Tracy that compromised her and the entire company. He
further reported that he and Tracy had a good conversation and he believed she
felt much better about her decision and her position at INSYS. (Please refer to
statement by Alec Burlakoff for additional details of those conversations.) Tracy
followed up with me as well and confirmed same.
Reported by:
Desiree Hollandsworth
10-02-13

IN02097369

Confidential

INS-BOS-12216910



# Cincinnati, Ohio – Tracey CouchSSP

Sunrise Lee
Chicago RSM

INS-BOS-12216911

# Neil Jabolia, MD

- TRX YTD: 22
- UNITS Q1 to date: 1185
- Calls: 63
- MEPS: 3
- **Hot buttons:** Getting back into speaking — I think ISPs will be critical for gaining all of Jobalia's business.
- **Potential:**
- **Goal:** To obtain all of his break through pain business.
- **Challenge:** Many of his Rx are off label and coverage is often limited.
- **Special note:** He takes full advantage of the IRC, making the pull through a bit easier on his staff (which keeps them happy).
- **Trending:** He is using quite a bit of free product -- i am working with him on getting these Rx's turned into paid scripts.
- **Plan:** Cultivate him as a speaker.

insys
ON GREATNESS

insys
THERAPEUTICS INC

Confidential                                                                 INS-BOS-12216912

Confidential

INS-BOS-12216913



# John Kelly, MD

- TRX YTD: 4
- UNITS Q1 to date: 120
- Calls: 61
- MEPS: 1
- **Hot buttons: He likes the 3-5 minute onset versus the 15-20 his patients get with the OTFC.**
- **Potential: Dr. Kelly is a huge writer in the OFTC market, and he writes mainly 1200 and 1600 – getting all of his TIRF patients would be huge.**
- **Goal: Switch all of his OTFC patients to Subsys.**

**Challenge: Most (if not all) are off label use and are difficult to get covered. He is beginning to use the IRC – which has been very helpful in persuading him to continue to make switches.**

**Special note: Many of his patients like their sugar pops – he is beginning to get more aggressive with persuading his patients to at least give Subsys a try.**

**Trending: His first Rx of Subsys was for a UHC patient that we just could not get approved – the patient loved Subsys and did not want to go back to OTFC – we kept him on SV and just got him approved in March – making the patient happy and Dr. Kelly even more confident in INSYS.**

**Plan: Continue to be very present in his office and remind him to make those switches**

Confidential

INS-BOS-12216915



Denver, CO

Crystal Skelton

**insys**
ON GREATNESS.

**insys**
THERAPEUTICS, INC.

Confidential

INS-BOS-12216916

# Bonnie Wilensky, NP



- **TRX Q1 to date:** 5
- **Calls:** 34
- **MEPS:** Q1:2. Q2:4
- **Hot buttons:** Passionate about speaking on Subsys
- **Potential:** Highest Fentora writer in territory. She has 3 other prescribers in her practice that she may be able to influence to write. She has a strong relationships and respect for many Insys employees which can be utilized.
- **Goal:** Switch UHC Fentora patients to Subsys, new starts
- **Challenge:** Incredibly strong relationship with the Fentora rep and also speaks for Fentora
- **Special note:** I am building a friendship with her in hopes that it will become strong enough to bring the benefits her existing relationship with the Fentora rep has.
- **Trending:** Script counts are still very low: Ave 1 subsys for 6 fentora

  Plan: Complete multiple speaking engagements
  - Spend time together outside the office
  - Utilize relationship to have a candid conversation about expectations of a speaker and script counts



INS-BOS-12216918

# Orrie Clemens



- TRX Q1 to date:4
- Calls: 9
- MEPS: 0, not a speaker
- **Hot buttons:** The sugar message was what finally persuaded him to switch a patient from actiq and he agreed to present Subsys to all existing ROO pts
- **Potential:** He only has a few patients on ROO's but I anticipate new patient starts, PA in practice is a huge actiq writer but wont see reps, so he and his MA's are advocating Subsys to her for me

- **Goal:** All new pt starts

- **Challenge:** He presents Subsys to actiq patients but they all "like the sucker". I will provide him the verbiage to use with the patient and empower him to make the choice as to what's best for the pt (Subsys) and always give them a voucher to try it with no risk
- **Special note:** His MA's are influential to patients so their commitment to Subsys is incredibly important
- **Trending:** First pt is very satisfied with Subsys so he is willing to switch others and identify new pt starts
- **Plan:** Continue to build on the friendship that is forming
  - Attend one of his choir concerts
  - Take him out to Dinner when Rich is in town



10

Confidential



# Long Island, NY

*Sonia Palermo – SSP*

*Jeff Pearlman - RSM*

insys
ON GREATNESS

insys
THERAPEUTICS, INC.

INS-BOS-12216921

# Alexander Weingarten, MD

- **TRX Q1 to date:** 25 rx
- **Calls:** 4-5 calls a week
- **MEPS:** 5
- **Hot buttons:** Loves Subsys. Will write and continue to write for all new patients. Great relationship with him and staff.
- **Potential:** Getting more switches
- **Goal:** 1-2 new patients a week
- **Challenge:** Prior Authorization's are difficult to get done in this office. She is not on top of things. She doesn't follow up, says she does them and I find out later at the end of the day from Liz or staff that she never did what I asked her to do.
- **Special note:** I have used 70% of my speaker $$$ on Doctor Weingarten. He is my biggest writer, and I always get a return on investment
- **Trending:** He was stagnant for a while. But as soon as speaker programs were presented he began finding new patients. (High dose and High Quantity)
- **Plan:** More Speaker Programs.



Confidential

INS-BOS-12216923

# Harvey Finkelstien, MD

**TRX Q1 to date:**

- **Calls:** Daily
- **MEPS:** 1
- **Hot buttons:** Loves Subsys but loves me more. Doctor has told me he wants to "make me a rich woman". I go out with the office at least once a week outside of the office. They call me everyday to come and visit them. I have my own desk there and often pick up the phones and assist the doctor.
- **Potential:** Unlimited
- **Goal:** Pulling files every day to find new patients I can switch.
- **Challenge:** Spending so much time in one office.
- **Special note:** Like family. Has turned into a wonderful friendship.
- **Trending:** Upward
- **Plan:** He has just been trained as a speaker. We have sat down together to strategize and find me new writers, and also he has allowed me to go through charts with the girls to find.





Confidential

INS-BOS-12216925

# Nichole Lopez, NP

- TRX Q1 to date: 1
- Calls: 5
- MEPS: 0
- **Hot buttons:** Loves subsys, huge supporter and is always looking for patients that can benefit from subsys. Great relationship.
- **Potential:** Identifying patients and said she is completely on board
- **Goal:** 1-2 RX a week
- **Challenge:** Difficult to see. Long wait.
- **Special note:** Just returned from surgery after she was out for 3 months.
- **Trending:** Started writing again.
- **Plan:** I have discussed with her the need for Clinical Experience and that I couldn't possibly justify giving her programs with out writing at least one new rx of Subsys weekly. She wrote 3 rx's that same week. I will follow up every Wed. and continue to push for more. Hopefully getting a program set up if she continues to write.





Confidential

11

INS-BOS-12216927

## Email Message

**From:** Joseph Rowan [jrowan@insysrx.com]
**Sent:** Friday, March 01, 2013 8:52 PM
**To:** Sales Team - Southeast
**Subject:** Action to do.

Team,

Please use the information below to formulate a clear concise safety message around how the sugar content of Actiq can be damaging and that Subsys is the better option. Leverage the information below (I sent it out earlier today too) to gain commitments for Actiq switches.

Please practice and deliver this message on every single sales call for the entire month of March. Call me to discuss if you have difficulty formulated your thought track but it's up to you to make it your own. Use your creativity and take a shot at it.
Bring in a bag of sugar in a ziplock and show the doctor how much a year's worth looks like. This can be avoided by switching your patients from Actiq to Subsys!

·        You are asked that once you have your message down to use the dial in information below to record your message that works best for you in the field.
·        You get one shot to leave the message sometime over the next month.  When YOU are ready.
·        A reward will be presented to 1 sales representative for the best ' Actiq –Safety sales message' left on the voicemail system.

Example thought track:
·        Dr. A *study found that for every additional 150 calories of sugar available per person per day, the population's diabetes rate went up one percent regardless of variations in physical activity, calorie counts, and other economic variables. In contrast, 150 calories from other sources only caused a 0.1 percent increase in the population's diabetes rate.*

What does the American Heart Association guidelines say the target sugar intake should be?
·        Women: no more than 100 calories per day which equals 6 teaspoons or 24 grams
·        Men: no more than 150 calories per day which equals 9 teaspoons or 36 grams
·        So, 1 gram of sugar = 4.16 calories.  As we know, each Actiq lozenge contains 2 grams of sugar, or 8.32 calories.  The average patient consumes 2–4 lozenges per day, or 17 to 33 calories.  Since most patients are on therapy for 12 months, that would lead to **6,205 to 12,045 additional calories per year**.
·        With these additive sugar-based caloric consumption levels on top of routine daily consumption levels (from cereals, soft-drinks, hot drink additives, processed foods, snack food, confectionaries, lunches, & dinners, etc), it is reasonable to assume that the sugar content of Actiq may be a contributor to the increased risk of diabetes.

iN00126460

Confidential

INS-BOS-12216928

12

INS-BOS-12216929



# Chicago N, IL – April MooreSSP

Sunrise Lee
Chicago RSM

INS-BOS-12216930

# Paul Madison, Anesthesiology

- TRX Q1 to date: 53
- Calls: 4
- MEPS:
- Hot buttons: Excited about Subsys and patients response to therapy.
- Potential: Actively writing and greater potential to opt in new patients. Creative, innovative thinker.
- Goal: Getting him access to larger Pain Med. audience.
- Challenge: Get him to switch his "short acting" therapy.
- Special note: Believes in product and is excited about the endless opportunites.
- Trending: Has written since October, 2012 and is continually gaining momentum.

- Plan:
  - Follow up with him closely
  - Cultivate him as National Speaker
  - Identify potential new patients
  - Increase market share



INS-BOS-12216931

13

Confidential

INS-BOS-12216932



Stamford, CT

Susan Beisler – SSP
Jeff Pearlman - RSM

Confidential

INS-BOS-12216933

# Binod Sinha, MD

- **TRX Q1 to date:** 2
- **Calls:** 77
- **MEPS:** 0
- **Hot buttons:** Loves Subsys, Thinks outside the box (OL uses)
- **Potential:** Since detailed about GAP and IRC have commitment for switches
- **Goal:** A total of 20 patients on 1200 mcg citrate to switch
- **Challenge:** Multiple locations in and outside of my territory
- **Special note:** Only rep has ever given his personal contact info
  Trying to retire and hand practice down to son who is a great potential future speaker
- **Trending: more generic due to cash paying patients/being heavily monitored**
- **Plan:** Continue to see him every Tuesday and leave office with at least one 1200
  switch





Confidential

INS-BOS-12216934

Confidential

# Felix Roque, MD

- TRX Q1 to date: 8
- Calls: 15
- MEPS: 1
- **Hot buttons: Wants to speak, constantly asks to attend meeting in AZ**
- **Potential: Citrate switch candidates**
- **Goal: All Roos switched by quarter's end**
- **Challenge: 100% out of network, staff not following up with appeals, TIRF REMS enrollments or PA's — some finicky patients who refuse to give Subsys a try**
- Special note: He is the Mayor also
- **Trending: Upward in RXs, relationship has grown leaps and bounds**
- Plan: Help with PA's/train Doc to web enroll patients in Tirf Rems
- 





14

INS-BOS-12216937



# Redlands, CA

## Darin Fila, Phoenix Regional Manager

INSYS
ON GREATNESS

INSYS
THERAPEUTICS, INC.

Confidential

# Yenchich Lin, MD

- TRX Q1 to date: 0
- Calls: 10
- ISPs: 0
- **Hot buttons:** Fentora supporter
- **Potential:** Has two Fentora patients
- **Goal:** Build a relationship further so that Dr. Lin wil write Subsys for those patients currently using Fentora
- **Challenge:** Tells me that he doesn't have any cancer patients.
- **Special note:** Only in practice two hours in the morning and two in the afternoon each day.
- **Trending:** Consistently has two patients maintained on Fentora therapy
- **Plan:**
  - Target two Fentora patients
  - Have Dr. Lin attend a dinner meeting



insys
ON GREATNESS

insys
THERAPEUTICS, INC.

Confidential

INS-BOS-12216939

Confidential

INS-BOS-12216940

# Jeinsup Kim, MD

- **TRX Q1 to date:** 0
- **Calls:** 15
- **ISPs:** 0 (first one with Eric Song on 4/10)
- **Hot buttons:** Fentora supporter
- **Potential:** Has about 4 patients on Actiq and Fentora that could try Subsys
- **Goal:** Have Dr. Kim start using Subsys in his clinic
- **Challenge:** Tells me that he does not have any cancer patients
- **Special note:** Does not start any new patients on Actiq, simply maintains them on therapy
- **Trending:** Has not written Subsys yet; only Actiq and Fentora.
- **Plan:**
  - Bring Eric in on April 10th to educate Dr. Kim on the benefits of Subsys for his Actiq and Fentora patients.
  - Follow-up and use pull throughs with the opt-in forms for patients currently on TIRFs.

QuickTime™ and a
decompressor
are needed to see this picture.





15

INS-BOS-12216942

# How is SUBSYS supplied?

- SUBSYS offers the widest range of doses
- SUBSYS blister packages are packed into a carton of 30 units
- SUBSYS 1200mcg and 1600mcg dosages require
  2 units per dose, and therefore contain 15 doses per carton

| Dosage Strength | Carton/Blister Package Color | NDC Number | Units/Carton | Doses/Carton |
|---|---|---|---|---|
| 100mcg | | 20482-001-10 | 10 | 10 |
| | | 20482-001-30 | 30 | 30 |
| 200mcg | Green | 20482-002-10 | 10 | 10 |
| | | 20482-002-30 | 30 | 30 |
| 400mcg | Magenta (Pink) | 20482-004-10 | 10 | 10 |
| | | 20482-004-30 | 30 | 30 |
| 600mcg | | 20482-006-30 | 30 | 30 |
| 800mcg | Orange | 20482-008-30 | 30 | 30 |
| 1200mcg (600mcg x 2) | Brown | 20482-012-15 | 30 | 15 |
| 1600mcg (800mcg x 2) | Red | 20482-016-15 | 30 | 15 |

❖ SUBSYS 10-pack cartons are available for simplified titration
and dispensing – in the following dosage strengths:
100mcg, 200mcg, and 400mcg

100mcg – 800mcg = 30 unit cartons containing 30 doses

1200mcg-1600mcg = 30 unit cartons containing 15 doses (2 units=1 dose; therefore, 30/2=15 doses)

Rationale: It takes 2 x 600mcg=1200mcg and 2 x 800 mcg=1600mcg (there is NO single 1200mcg or single 1600mcg dosage strength packaging)

INS-BOS-12216943

## Common Insurance Questions for QLOs (Quantity Level Overrides):

Q: Does the patient require a quantity of more than 120 units per month?
A:  IF strength is 100mcg-800mcg 'NO' for qty: 120 (@ 4x daily)

IF strength is 1200mcg-1600mcg 'YES' – because patient requires a quantity of 240 to receive adequate dosing (remember, patient needs to take 2 sprays EACH of 600mg or 800mcg unit to equal ONE 1200mcg or 1600mcg dose) – 2 sprays x4 times daily=8 x 30 days=240 qty

## What is the Requested Quantity for 1 month supply?

| Dosage Strength | @ 4x daily dosing | @ 5x daily dosing | @ 6x daily dosing | @ 8x daily dosing |
|---|---|---|---|---|
| 100mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty:240 |
| 200mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty: 240 |
| 400mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty: 240 |
| 600mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty: 240 |
| 800mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty: 240 |
| 1200mcg | (2 blister packs) 2x4x30=qty:240 | (2 blister packs) 2x5x30=qty:300 | (2 blister packs) 2x6x30=qty:360 | (2 blister packs) 2x8x30=qty:480 |
| 1600mcg | (2 blister packs) 2x4x30=qty:240 | (2 blister packs) 2x5x30=qty:300 | (2 blister packs) 2x6x30=qty:360 | (2 blister packs) 2x8x30=qty:480 |

Q: (For 1200mcg-1600mcg @ qty: 240 or greater) Does the pt require a quantity that is commercially unavailable or requires a quantity that is a combination of two different or same strengths?
A: YES

Q: Does the pt have a history of taking the highest quantity of the highest strength available?
A: YES

Q: How many doses per breakthrough episode does the pt use?
A: One

Q: Is this needed dose above the greatest dose available at the greatest strength per bottle?
A: YES! (greatest strength per bottle is 800mcg)

Confidential

INS-BOS-12216944

# Common Insurance Q&As

Q: Is the requested medication being prescribed for the MANAGEMENT of breakthrough CANCER pain?

A: Yes, this pt has breakthrough pain

Q: Have oral IMMEDIATE-RELEASE narcotics OTHER THAN fentanyl containing drugs been tried?

A: Yes

Q: Is the patient ABLE TO RECEIVE oral immediate-release narcotics OTHER THAN fentanyl containing drugs?

A: Yes

Q: Has the patient experienced an INADEQUATE RESPONSE to the use of oral immediate narcotics other than fentanyl containing drugs?

A: Yes

Q: This medication is indicated only for the management of breakthrough cancer pain in patients who are already receiving and are tolerant to narcotic therapy for their underlying persistent pain. Is the patient CURRENTLY RECEIVING a LONG-ACTING narcotic analgesic [for example methadone, sustained-release morphine, oxycodone controlled-release tablets (Oxycontin), or a fentanyl transdermal system (Duragesic)?]

A: Yes

Q: If YES to previous question, is the patient TOLERANT to a LONG-ACTING narcotic analgesic [for example methadone, sustained-release morphine, oxycodone controlled-release tablets (Oxycontin), or a fentanyl transdermal system (Duragesic)?]

A: Yes

Q: If prescribed drug is SUBSYS, will the patient be receiving MORE THAN ONE transmucosal immediate-release fentanyl product (for example, Actiq, Fentora, Abstral, Onsolis, or Lazanda) AT THE SAME TIME?

A: No

INS-BOS-12216945

# How is SUBSYS supplied?

- SUBSYS offers the widest range of doses
- SUBSYS blister packages are packed into a carton of 30 units
- SUBSYS 1200mcg and 1600mcg dosages require
  2 units per dose, and therefore contain 15 doses per carton

| Dosage Strength | Carton/Blister Package Color | NDC Number | Units/Carton | Doses/Carton |
|---|---|---|---|---|
| 100mcg | | 20482-001-10 | 10 | 10 |
| | | 20482-001-30 | 30 | 30 |
| 200mcg | Green | 20482-002-10 | 10 | 10 |
| | | 20482-002-30 | 30 | 30 |
| 400mcg | Magenta (Pink) | 20482-004-10 | 10 | 10 |
| | | 20482-004-30 | 30 | 30 |
| 600mcg | | 20482-006-30 | 30 | 30 |
| 800mcg | Orange | 20482-008-30 | 30 | 30 |
| 1200mcg (600mcg x 2) | Brown | 20482-012-15 | 30 | 15 |
| 1600mcg (800mcg x 2) | Red | 20482-016-15 | 30 | 15 |

❖ SUBSYS 10-pack cartons are available for simplified titration
  and dispensing – in the following dosage strengths:
  100mcg, 200mcg, and 400mcg

100mcg – 800mcg = 30 unit cartons containing 30 doses

1200mcg-1600mcg = 30 unit cartons containing 15 doses (2 units=1 dose; therefore, 30/2=15 doses)

Rationale: It takes 2 x 600mcg=1200mcg and 2 x 800 mcg=1600mcg (there is NO single 1200mcg or single 1600mcg dosage strength packaging)

Confidential

### Common Insurance Questions for QLOs (Quantity Level Overrides):

Q: Does the patient require a quantity of more than 120 units per month?
A:  IF strength is 100mcg-800mcg 'NO' for qty: 120 (@ 4x daily)

IF strength is 1200mcg-1600mcg 'YES' – because patient requires a quantity of 240 to receive adequate dosing (remember, patient needs to take 2 sprays EACH of 600mg or 800mcg unit to equal ONE 1200mcg or 1600mcg dose) – 2 sprays x4 times daily=8 x 30 days=240 qty

## *What is the Requested Quantity for 1 month supply?*

| Dosage Strength | @ 4x daily dosing | @ 5x daily dosing | @ 6x daily dosing | @ 8x daily dosing |
|---|---|---|---|---|
| 100mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty:240 |
| 200mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty: 240 |
| 400mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30= qty: 240 |
| 600mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty: 240 |
| 800mcg | 4x30= qty:120 | 5x30= qty:150 | 6x30= qty:180 | 8x30=qty: 240 |
| 1200mcg | (2 blister packs) 2x4x30=qty:240 | (2 blister packs) 2x5x30=qty:300 | (2 blister packs) 2x6x30=qty:360 | (2 blister packs) 2x8x30=qty:480 |
| 1600mcg | (2 blister packs) 2x4x30=qty:240 | (2 blister packs) 2x5x30=qty:300 | (2 blister packs) 2x6x30=qty:360 | (2 blister packs) 2x8x30=qty:480 |

Q: (For 1200mcg-1600mcg @ qty: 240 or greater) Does the pt require a quantity that is commercially unavailable or requires a quantity that is a combination of two different or same strengths?
A: YES

Q: Does the pt have a history of taking the highest quantity of the highest strength available?
A: YES

Q: How many doses per breakthrough episode does the pt use?
A: One

Q: Is this needed dose above the greatest dose available at the greatest strength per bottle?
A: YES! (greatest strength per bottle is 800mcg)

INS-BOS-12216947

# Common Insurance Q&As

Q: Is the requested medication being prescribed for the MANAGEMENT of breakthrough CANCER pain?

A: Yes, this pt has breakthrough pain

Q: Have oral IMMEDIATE-RELEASE narcotics OTHER THAN fentanyl containing drugs been tried?

A: Yes

Q: Is the patient ABLE TO RECEIVE oral immediate-release narcotics OTHER THAN fentanyl containing drugs?

A: Yes

Q: Has the patient experienced an INADEQUATE RESPONSE to the use of oral immediate narcotics other than fentanyl containing drugs?

A: Yes

Q: This medication is indicated only for the management of breakthrough cancer pain in patients who are already receiving and are tolerant to narcotic therapy for their underlying persistent pain. Is the patient CURRENTLY RECEIVING a LONG-ACTING narcotic analgesic [for example methadone, sustained-release morphine, oxycodone controlled-release tablets (Oxycontin), or a fentanyl transdermal system (Duragesic)?]

A: Yes

Q: If YES to previous question, is the patient TOLERANT to a LONG-ACTING narcotic analgesic [for example methadone, sustained-release morphine, oxycodone controlled-release tablets (Oxycontin), or a fentanyl transdermal system (Duragesic)?]

A: Yes

Q: If prescribed drug is SUBSYS, will the patient be receiving MORE THAN ONE transmucosal immediate-release fentanyl product (for example, Actiq, Fentora, Abstral, Onsolis, or Lazanda) AT THE SAME TIME?

A: No

INS-BOS-12216948

## Common Insurance Q&As (cont'd)

Q: Can the patient's episodes of breakthrough pain be controlled by modifying the dose of the long-acting opioid?

**A: No**

Q: Can the patient's dose of fentanyl be accomplished with a lesser quantity of a higher strength (e.g. 8x100 mcg could be accomplished by 4x200 mcg)

**A: No**

Q: Does the pt have a diagnosis of cancer and use of the medication is for breakthrough cancer pain?

**A: Yes, the patient has breakthrough pain**

Q: Is the patient 18 years or older?

**A: Yes**

Q: Is the patient opioid tolerant and taking at least 60 mg morphine/day, at least 25 mcg transdermal fentanyl/hour, at least 30 mg of oxycodone daily, at least 8 mg oral hydromorphone daily or an equianalgesic dose of another opioid for a week or longer?

**A: Yes**

Q: Has the patient tried other formulary short-acting strong narcotic analgesic alternatives (other than fentanyl) and the medication was ineffective, not tolerated, or contraindicated?

**A: Yes**

Q: Is the physician enrolled in the Transmucosal Immediate Release Fentanyl (TIRF) Risk Evaluation and Management Strategy (REMS) Access Program?

**A: Yes**

Q: Has the patient's risk misuse or abuse been assessed?

**A: Yes**

Q: Is the drug being requested for use in an ongoing investigation or trial?

**A: No**

INS-BOS-12216949

## Common Insurance Q&As (cont'd)

Q: Is the prescribing physician an Oncologist or Pain Management Specialist?

**A: Yes**

Q: Has the member failed a trial of the generic oral transmucosal fentanyl citrate (Actiq)?

**A: Yes**

Q: If approved for SUBSYS, will the patient be using SUBSYS concomitantly with other strong or moderate inhibitors of CYP450 3A4 isoform (such as Erythromycin, Ketoconazole, and certain protease inhibitors)?

**A: No**

## WHAT IF.....?

### ........A Prior Authorization has been APPROVED?
Here are follow-up questions to ask when a Prior Authorization request has been approved:

- o   How long is the authorization for? (obtain approval dates)

- o   Is there a PA reference number?

- o   Does the PA cover all strengths?

- o   Does the PA cover all quantities?

- o   What is the patient's <u>estimated</u> co-pay?

- o   Does the pt qualify for co-pay buydowns/assistance?

**Document all information provided in patient's intake notes.**

**Email Rep/ CC: ABL, RSM, Mike, Liz, Angel, Kristen**

INS-BOS-12216950

## WHAT IF…..? (cont'd)

### ……… *A Prior Authorization has been DENIED?*

Here are follow-up questions to ask when a Prior Authorization request has been approved:

- o Is there a 1-time Transitional Fill for the pt at this time?
  Most insurance companies will allow for a 1-month approval when a PA has been denied, BUT YOU MUST ASK for this option!

- o What is the reason for denial?

- o What information is required for an appeal? (LMN/records/pt letter)

- o Where can we send/fax the appeal? (obtain mailing address or fax #)

- o What is the filing timeline for appeals?

- o How can we follow-up on the appeal after it has been filed?

- o What is the reference #?

**Document all information provided in patient's intake notes.**

**Email Rep/ CC: ABL, RSM, PA Assistants**

### ………..*A Prior Authorization has been Pended for Clinical Review?*

Here are follow-up questions to ask when a Prior Authorization request has been PENDED for clinical review:

- o What is the turn-around-time (TAT) for a decision?

- o How soon may I contact for a follow-up?

**Document all information provided in patient's intake notes.**

INS-BOS-12216951

# PHARMACY REJECTIONS

## High Dollar $$ Overrides

Most insurance companies place a dollar limit on high-cost medications. Since Subsys is one of them, they require a 'cost exceeds maximum allowed' override. In most instances, the pharmacy needs to call to obtain override and bypass the rejection they are receiving at the pharmacy.

## QUANTITY LEVEL OVERRIDE (QLO)

If the quantity being requested exceeds the maximum allowed quantity per month, a Quantity Level Override (QLO) needs to be obtained and put on the patient's file in order for the Rx claim to pay. This can be done with the initial Prior Authorization request. Some insurance plans require separate authorizations, one for the PA, and another for the QLO.

Sometimes a QLO rejection means it is a refill too soon, meaning the pt is trying to fill too early (vacation override, for example). In other cases, an override is needed because the doctor has titrated the patient to more dosing frequency (i.e. from 2x daily to 4x daily). In both cases, these types of overrides need to be done at the pharmacy level. This is NOT something the IRC handles. Advise the pharmacy staff to contact their pharmacy Help Desk (the number should be listed on their claim rejection screen).

If the patient has titrated to a higher dose or lower dose, *this IS something the IRC handles*. Proceed to contacting pt's insurance/PBM plan to obtain Prior Authorization approval for new titrated dose.

## WHAT IF….A PA HAS BEEN APPROVED, BUT PATIENT HAS HIGH-COPAY?

**COMMERCIAL PATIENTS** – IF co-pay exceeds $500, we will contact pt's insurance/PBM to request co-pay buydown/assistance, if applicable.

**MEDICARE PATIENTS** – It is most likely pt is in their Coverage gap (aka Donut hole). We will contact pt's plan to inquire if pt qualifies for co-pay buydown/assistance, if applicable.

INS-BOS-12216952

## EMAIL ETIQUETTE

- Include a courteous greeting and closing -Helps to make your e-mail not seem demanding or terse.
- Address your contact with the appropriate level of formality and make sure you spell their name correctly.
- Spell check – emails with typos are simply not taken as seriously.
- Use proper sentence structure – i.e. First word capitalized with appropriate punctuation? Multiple instances of !!! or ??? are perceived as rude or condescending.
- Read your email out loud to ensure the tone is that which you desire. Avoid relying on formatting for emphasis; choose words that reflect your meaning instead. Words such as 'please' and 'thank you' go a long way!
- Do not respond to emails when you are emotionally charged – walk away from the computer and wait to reply. Review the sender's email again to ensure you are not reading anything into the email that simply isn't there.
- Refrain from using the Reply to All feature to give your opinion to those who may not be interested. Make sure your recipients are truly those you wish to send your reply to .
- Type in complete sentences. Avoid random phrases or slang.
- Keep emails brief and to the point. Save long conversations for the old fashioned telephone.
- Always end your emails with a courteous, positive note – such as 'Thank you, Sincerely, Best, Regards' –
- AVOID TYPING IN ALL CAPS – THIS IS CONSIDERED YELLING OR EMPHASISES SHOUTING.
- Use emoticons sparingly to ensure your tone and intent are clear.
- Typing your emails in all small case gives the perception of lack of education or laziness.
- Include addresses in the To: field for those who would like a response from.
- Include addresses in the CC: field for those who you are just FYI'ing.
- If you are unable to respond to an email promptly, at the very least email back confirming receipt and when the sender can expect your response.
- Be sure the Subject: field accurately reflects the contents of your email.
- Formality is in place as a courtesy and reflects respect. Assume the highest level of formality with new email contacts until the relationship dictates otherwise. Refrain from getting too informal too soon in your email communications.

Confidential

INS-BOS-12216953

**EMAIL ETIQUETTE** (cont'd)

Approval emails must contain the following info:

- Type of Insurance: Medicare, Medicaid, Tricare, Commercial, Self-pay
- Date of Opt-In
- Patient name
- Patient DOB
- HCP name
- SSP name
- Medication name, strength, units
- Approval dates
- Type of approval: PA/titration/QLO
- Pharmacy name
- Auth#
- Copay (if applicable)

\*IF commercial, include a note for pharmacies to apply Co-pay Assistance Card of up to $500 off of pt's copay, if applicable.

Denial emails must contain the following info:

- Patient name
- Patient DOB
- HCP name
- Medication name, strength, units
- Indicate documentation needed for specified appeal level
- Any other instructions associated with appeal

\*  DO NOT INCLUDE REASON FOR DENIAL

INS-BOS-12216954

## INSURANCE PLANS: Useful info

**BCBS** - If member ID starts with R = indicates FEP program; PA requests can only start at 100mcg and titrate upwards; after obtaining approval, call back in 15 minutes for indicated strength on Opt-in form (200mcg,400mcg, etc); ** try for indicated strength first; if denied; revert to Plan A.

**HUMANA** - zip code required; all med list (9 total) are required; call back after 2 hrs to follow-up on status.

**CIGNA/AETNA** - Pt Full Address & Phone required

**SILVERSCRIPT** – Approves most cases; however, there are some rare exceptions

**TRICARE** – No PA req'd ($17 copay for retail Rx; $13 for Mail order); Call to confirm

**MEDICARE: (LIS: Low-income Subsidiary)**

For Patient Copay Assistance: Contact to inquire about Extra Help Program

To inquire if patients qualify for Extra Help:

- o   Dial 1-800 Medicare
- o   Speak Medicare ID
- o   Select Option: Drug coverage
- o   Enter DOB
- o   Automated system will mention if pt qualifies for any form of Copay assistance programs.

**FOR PATIENTS:**

- o   Dial 1-800 Medicare
- o   Speak Medicare ID
- o   Select Option: Drug coverage
- o   Enter DOB
- o   Select Option: LIS (low-income subsidiary). There are several different levels of LIS – so encourage pt to apply!
- o   Automated system will mention if pt qualifies for any form of Copay assistance programs.
- o   Request to speak to Customer Service Representative/Case worker.

Other option: Pt may also apply through their local Social Security office for copay assistance.

## INSURANCE PLANS: Useful info (cont'd)

### CHAMP VA (Medicare/Tricare) DOD (Dept of Defense)

- o Medicare/Secondary plan = secondary plan will pick up portions/benefits that Medicare does not cover, such as pt deductibles, copays, etc.
- o Medicare plan covers 80%; Secondary plan covers 20%

### WORKER'S COMP

- o Most workers' comp claims are assigned to an Adjustor.
- o In order for pharmacy prescriptions to pay or adjudicate thru Workers' comp, it requires a Prior Authorization which must be reviewed and approved by the Adjustor.
- o In some instances, however, a claim (aka prescription) will pay without a Prior Authorization.

### So, how do you find out if the medication requires a PA?

- o Some adjustors are very difficult to get in touch with.
- o To speed up the process, you may discover that the medication does not require a PA simply by contacting the listed pharmacy to see if the claim has paid.
- o If that option is unavailable, contact the patient directly to see if he/she has picked up the medication.
- o If there is a paid pharmacy claim, no PA is required.
- o You may also dial '0' if unable to reach the adjustor. Try to find someone to speak with.

## HIPAA (Health Insurance Portability and Accountability Act of 1996)

- • HIPAA violations are a major concern in today's ever-evolving healthcare industry, and compliance is one of the most important factors to a health organization's success.

- • *Civil Penalties* - True HIPAA violations can come in many forms, and the OCR and Department of Justice investigates to determine if a violation occurred when an individual did not know they were violating the Rule(s), if violation occurred due to reasonable cause, or if it was due to willful neglect in practice. Of these different combinations, the severity of the penalties can range from a fine of $100 per violation to $50,000 per violation.

Confidential

## HIPAA (cont'd)

- *Criminal Penalties* - For more severe HIPAA violations and extensive investigations, criminal charges can be administered with penalties ranging from a $50,000 fine and one year in prison to up to $250,000 and up to ten years in prison.

- To ensure compliance with HIPAA, emails containing sensitive patient information should be treated with the highest level of care and prudence.

- To comply with HIPAA regulations, DO NOT INCLUDE pt's name in subject field. Rather, use subject headings pertaining to the email contents, such as New Patient, Pt titration, Missing Strength, etc.

- Lock your desktop each time you step away from your computer to protect patient sensitive information.

- Do not leave patient sensitive information on printers or fax machines where access may be unrestricted.

- When leaving voicemails, DO NOT INCLUDE medication name – only mention the call is in reference to a 'medication.'

### WHAT TO DO WHEN HIPAA HAS BEEN BREACHED

When an email has been unintentionally sent or received to unintended recipients:

- Document the incident containing as many details as possible.

- Report the incident IMMEDIATELY to your Supervisor. If your Supervisor is unavailable, reach out to the next chain of command.

### *Who are Our Customers at the IRC?*

- Physicians (MDs, DOs, PCPs)
- Other Healthcare Professionals (NPs, PAs, RNs, MAs)
- Office personnel (receptionists, office/business managers)
- Pharmacy personnel (Pharmacists, Pharmacy interns, Pharmacy technicians)
- Insurance co./PBMs/MCOs
- SSPs, ABLs, RSMs
- Patients

_____ *Quiz Time!*

INS-BOS-12216957

Q: If patient is on 800mcg SUBSYS at 6x daily dosing, what is the quantity? A: 180

Q: If patient is on 1600mcg SUBSYS at 4x daily dosing, what is the quantity? A: 240

Q: You are requesting a QLO for 1200mcg for qty:240... what is the answer to this insurance question: Does the pt require a quantity that is commercially unavailable or requires a quantity that is a combination of two different or same strengths? A: yes

Q: If approved for SUBSYS, will the patient be using SUBSYS concomitantly with other strong or moderate inhibitors of CYP450 3A4 Isoform (such as Erythromycin, Ketoconazole, and certain protease inhibitors)? A: NO

Q: IF a PA is denied, what should you request from the insurance/PBM while we appeal the denial?  A: Transitional Fill

Q: Which 3 pharmacy rejections does the IRC handle?

1. PA required
2. QLO required
3. Titrations

Q: Which 3 pharmacy rejections does the Pharmacy handle?

1. Cost exceeds max
2. Refill too soon
3. Vacation overrides
4. Non-PA related rejections (i.e. invalid DOB)

Q: When leaving voicemails for patients, what are you prohibited from saying?
A: Name of medication

INS-BOS-12216958

7/23/13

## MEETING AGENDA

- Updated Pt Intakes – every time, all the time
- Attendance Policy
- Overdue PAs
- Friday Pow-Wows

## TRAINING AGENDA

- Subsys Packaging
- QLO Insurance Questions
- Common Insurance Q&As
- What If......?
- Pharmacy Rejections
- Email Etiquette
- HIPAA at IRC
- Quiz Time!

Confidential

INS-BOS-12216959

## Humana Med List:

1. Oral Transmucosal Fentanyl Citrate(Generic Actiq) – January 2013 - February 2013
2. Morphine Sulfate – February 2013 – March 2013
3. Hydromorphone – March 2013 – April 2013
4. Fentanyl – April 2013 – May 2013
5. Oxycodone – May 2013 – June 2013
6. Morphine – June 2013 – July 2013
7. Oxycontine – July 2013 – August 2013
8. Tramadol – August 2013 – September 2013
9. Methadone – September 2013 – October 2013
10.    Abstral – October 2013- November 2013
11.    Lazanda – November 2013 – December 2013

---

338.4 – Chronic Pain Syndrome

787.20 – Dysphagia

338.3 – Breakthrough Cancer Pain

338.29 – Other Chronic Pain syndrome

722.6 – Degenerative Disc Disease

Confidential

16

INS-BOS-12216961

Prime Therapeutics
Long Acting – Oxycontin

**Humana Med List:**

1. Oral Transmucosal Fentanyl Citrate – January 2012 - February 2012
2. Morphine Sulfate – February 2012 – March 2012
3. Hydromorphone – March 2012 – April 2012
4. Fentanyl – April 2012 – May 2012
5. Oxycodone – May 2012 – June 2012
6. Morphine – June 2012 – July 2012
7. Oxycontine – July 2012 – August 2012
8. Tramadol – August 2012 – September 2012
9. Methadone – September 2012 – October 2012

*Handwritten left margin:*
ng acting·
contin
uragesic
kadian
kvinza
lucynta
xatgo
opana
2utrans
=According to MicroMedics
chronic pain is a approved
) is for subeys *

*Handwritten center:* Lazanda

*Handwritten right:*
– Abstral
Onsolis
fentora
787.40 - dysphagia

17

INS-BOS-12216963

To: +16167196447;+12484977373;
From: Brett S:+16167196447
Date: 02/08/2013 08:53:58 PM GMT

Can you have Pam fax us the denial letter along with the chart notes from the last 2 office visits?Also when you get a minute they will probably ask us for a letter of medical necessity, so if you could type up a quick paragraph that would be really helpful·

JMBM001366

file:///C/TEMP/CONVERT/JMBM001366.txt[7/2/2014 10:28:19 AM]

Confidential

INS-BOS-12216964

To: +16167196447;+12484977373;
From: Brett S:+16167196447
Date: 02/08/2013 08:54:35 PM GMT

If you can't do the letter let me know!

JMBM001367

file:///C|/TEMP/CONVERT/JMBM001367.txt[7/2/2014 10:28:13 AM]

To: +16167196447;+12484977373;
From: Brett S:+16167196447
Date: 02/08/2013 08:58:58 PM GMT

I could type up the letter for you on Monday based on the notes if you need me to

JMBM001368

file:///C/TEMP/CONVERT/JMBM001368.txt[7/2/2014 10:28:13 AM]

Confidential

INS-BOS-12216966

To: +16167196447;+12484977373;
From: Dr Marvin Bleiberg:+12484977373
Date: 06/24/2013 07:52:13 PM GMT

It does not say that on Exhibit A. Can we add it? Why an increase with more talks. Is that usual?

JMBM001420

file:///C/TEMP/CONVERT/JMBM001420.txt[7/2/2014 10:28:14 AM]

Confidential

INS-BOS-12216967

To: +16167196447;+12484977373;
From: Brett S:+16167196447
Date: 06/24/2013 11:12:35 PM GMT

She said you will be classified as a local speaker first, and after a "few programs" we will reclassify you as a regional which will increase pay. And after that you can go to National speaker

JMBM001423

file:///C|/TEMP/CONVERT/JMBM001423.txt[7/2/2014 10:28:14 AM]

Confidential

INS-BOS-12216968

To: +16167196447;+12484977373;
From: Brett S:+16167196447
Date: 11/06/2013 11:39:06 PM GMT

Actually our stock is way down today and we are releasing our Q3 results next Tues which are going to be a record for us, so it might be a good buy

JMBM001573

Confidential

INS-BOS-12216969

18

Confidential

INS-BOS-12216970



Salt Lake City, UT

CodiAnne Christensen

insys
ON GREATNESS!

insys
THERAPEUTICS, INC.

Confidential

# Raymond Bedell, MD




- **TRX Q1 to date:** 44
- **Calls:** None
- **MEPS:**
- **Hot buttons:** Unknown
- **Potential:** Highly recommended by patients for his compassion and success at managing various types of pain. Single doctor private practice.

Already at 39% market share for Subsys.
- **Challenge:** History of license issues
- **Special note:** Speaker ?????
- **Trending:** Trending up!
- **Plan:**
  - Build a relationship
  - Determine how his history has impacted his reputation among medical community
  - Cultivate as advocate and speaker ?



INS-BOS-12216972