# EXHIBIT A

BOD MTG 12-12-13

Privileged & Confidential
December 12, 2013

**Board Call Outline**

1. What has happened?
   a. Whistleblower lawsuit
   b. Company under investigation by federal government
   c. Do not know whether any State Atty Generals or private plaintiffs will follow suit

2. Regardless of outcome, this will be an expensive endeavor that will tax the company's resources and cause Compliance to be much more of a priority at the Company.

3. At this point and while this case is pending, to minimize the extent of any sanctions, it is critical that the Company act proactively to identify any wrongdoing and to take action.

4. I have given some thought to this and will lay out my recommended plan of action. But before I do so, I want to say that this plan is not my plan and is not an anti-sales plan. This is the plan that in my opinion will be looked upon most favorably by the government prosecutors.

**Plan of Action**

1. **Short Term** (Next 2 days) → APPROVED
   a. Retain outside counsel (MB interviewed several counsel – confident we will hire experienced and competent counsel) SKADDEN (Rhode + Evan)
   b. Contact OIG to achieve 2 goals: APPROVED: METEN, PIERRE + PF
      i. Reduce scope of subpoena
      ii. Extend deadline to respond
   c. Appoint Special Committee within the Board — PREPARE CHARTER FOR SPECIAL COMMITTEE
      i. Committee to receive periodic updates (start as weekly)
      ii. Full Board to receive updates as to both (i) this litigation and (ii) company's Compliance Program – at each quarterly meeting
   d. PRESS RELEASE [redacted] – noting we've received subpoena and cooperating with authorities — APPROVED AND 8-K
   e. Begin Data Collection
      i. Third Party to establish independence
      ii. Legal Hold to be sent to all
         1. Preserving all documents in perpetuity
         2. No e-mails because all will be produced

2. **Medium Term** (Next 30 days)
   a. Increase Compliance Resources

Privileged & Confidential
December 12, 2013

i. As I advised during the July Board meeting, we've built a skeletal compliance program and have begun to flesh it out. What I mean by that is we drafted the necessary/legally required documentation such as Compliance Program and Code of Conduct and Ethics.

ii. We've have begun fleshing it out or breathing life into it by commencing to audit and monitor the Company's compliance with these policies.

iii. It's time for the company to take the following steps: — APPROVED ✓

1. Hire Chief Compliance ~~Officer~~ ~~(separate from GC)~~ – and we should engage the search firm now as this could take some time
   a. To be a member of executive team and report directly to Audit Committee
   b. To be different person that GC or CFO

ALEC
MATT
LARRY

2. Meeting of Compliance Committee – MIN. MONTHLY – APPROVED or AS NEEDED

3. Expedite and Extend Existing Audit Program
   a. I expressed my concerns about the company's risk profile at the July board meeting and the Board authorized audits
   b. Please bear in mind that I have a full time job as the GC and CCO at a pharma company other than Insys.
   c. As a result, I've worked with my contact at Insys.
   d. We ~~negotiated contacts with CIS and~~ retained CIS.
   e. ~~Based on my advice the audits were to~~ focus on speaker programs to ensure not a kickbacks program and ~~off-label~~ promotion (with particular emphasis on IRC and review of call notes)
   f. CIS immediately encountered resistance at Insys with respect to the number of speaker programs they could attend and the level of access they would be granted.
   g. This took some time to resolve.
   h. For that reason, the audit process has been more cumbersome than expected; audits are currently underway and are scheduled to end by 12/31/13.
   i. I spoke with my contact at CIS yesterday and he relayed the followingwrt Speaker Programs:
      i. To date, audited 10 speaker programs
      ii. At 3 of those, speaker was paid his honoraria and was then the only one to attend

GOOD THING WE STARTED AUDITS – INFORM US RE IMPROVEMENT – EXPEDITE REMEDIATION & SHOW PROACTIVE WE CONTAINED

NO LEGAL OPINION – YET!

Privileged & Confidential
December 12, 2013

iii. At one of these programs, despite having a trained speaker nearby, a high prescriber was flown across country to give speech to empty restaurant

iv. At one program, the speaker arrived at the program and was then informed that he was the speaker

v. Insys has an extensive budget for 3,200 speaker programs (called ISPs) in 2014

1. This is akin to large pharma where more products in bag and more pipeline products also

j. Off-Label Audit

i. Desire was to audit IRC and company communications including e-mails and call notes on SFA

ii. Auditors encountered resistance by Insys re amount of access to systems, particularly e-mail – largely due to lean staffing.

iii. That has been resolved.

k. Audit findings are preliminary and I expect to receive final report by 12/31.

l. I recommend continuing to audit speaker programs.

- DID CO. VET IRC
- JEFF WASS – LEGAL OPINION IRC
- NO DOCUMENTATION!

SPECIAL CMTEE TO RECOMMEND FOLLOWING RUN OF CIS REPORT

4. Establish CIS / Huron Consulting as an Independent Review Organization to assess company's compliance systems. – NOT APPROVED @ THIS TIME

a. Review Compliance Documents

b. Revise Code of Conduct

c. Create SOPs

5. Implement new Programs – NOT DISCUSSED

a. Message Recall Monitoring Program to identify potential off-label promotional activities (validate lack of off-label promotion)

b. Field Force Monitoring Program- to monitor field force interactions with HCPs and identify any potential off-label promotion

c. Compliance Ride-Alongs–Compliance dept to ride-along for > 30 full days

Privileged & Confidential
December 12, 2013

d. Consultant Monitoring Program – To ensure FMV paid to HCP-consultants including speakers, researchers, publishers
e. Call Note Reviews and Reports

iv. General Considerations for Insys

NOT APPROVED

1. Cease Speaker Programs and Ad Boards until CIS audit completed
2. Cease survey program that recently commenced at Insys
3. Separate Compliance from Marketing– fox in henhouse
4. Ensure HR onboarding process ensures not hiring any debarred or excluded individuals
5. [Notify HCPs of subpoena (may have to notify of any settlement)
6. Increase transparency as will soon be required by Sunshine Act - post transfers of value on website (in addition to Sunshine)

v. Training

1. Prosecutors will desire all employees and directors to undergo about 5 hrs of training
   a. 2 hours of general training
   b. 3 hours training re federal healthcare programs, policies and procedures
2. This is something we can address longer term

RESOURCES
DOCS
AUDITS
TRAINING
TONE@TOP

TONE @ TOP, DOCS, AUDITS/TRAINING — FOCUS OF INV.