# EXHIBIT B

Message

| | |
|---|---|
| **From**: | Leslie Zacks [lesliezacks@me.com] |
| **Sent**: | 7/22/2013 9:40:18 PM |
| **To**: | mbabich@insysrx.com; pfourteau@gmail.com; John Kapoor [JKapoor@ejfinancial.com]; pierre.lapalme@sympatico.ca; smeyer@jvmrealty.com; ted@upstartvc.com; briantambi@yahoo.com |
| **CC**: | Darryl Baker [dbaker@insysrx.com]; Leslie Zacks [lesliezacks@me.com] |
| **Subject**: | Board Meeting Minutes |
| **Attachments**: | ISO-8859-1"Insys - Board Meeting Minutes (July 11, 2013).docx; ISO-8859-1"Insys - Compensation Committee Minutes (July 11, 2013).doc |

Dear Board Members,

It was nice seeing you last week.

Attached please find the following draft documents:

- Board of Directors July 11, 2013 Meeting Minutes
- Compensation Committee July 11, 2013 Meeting Minutes

Please review and respond to this email with any suggested edits or with your approval.

As always, please do not hesitate to contact me with any questions or comments.

My best,

Leslie Zacks
Counsel for Insys Therapeutics, Inc.
(404) 819-6133

CONFIDENTIAL                                                                                           EJF-000306452