# EXHIBIT C

**To:**        Vikram Malhotra[vmalhotra@insysrx.com]
**From:**      Nellie Oquendo
**Sent:**      Fri 12/13/2013 5:56:58 PM (UTC)
**Subject:**   RE: Duke Call

Vik,

I'm holding the 16th – please confirm once you know the hour.  Keep in mind John's at a luncheon at noon that day and won't be back till at least 1:30pm or so.  Nellie

**From:** Vikram Malhotra [mailto:vmalhotra@insysrx.com]
**Sent:** Thursday, December 12, 2013 11:33 AM
**To:** Neha Parikh; Nellie Oquendo
**Subject:** Duke Call

Dear Nel – I don't think this call can take place before Dec 16th since our legal counsel (Leslie Zacks) is away for the holidays till Dec 16th. I will be in touch regarding when we do this as soon as I hear from Leslie.

Regards

**From:** Leslie Zacks [mailto:LZacks@arborpharma.com]
**Sent:** Thursday, December 12, 2013 11:27 AM
**To:** Vikram Malhotra
**Subject:** Automatic reply: Pls. confirm time for a call with Dr. Kapoor (re: Duke MSA)


I will be out of the office and unable to promptly respond to your inquiry until my return on Friday, December 16, 2013.   If you need immediate assistance, please contact Lydia Campbell at 404-496-5917.

Thanks and best regards,

Leslie

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message may contain confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.