# EXHIBIT D

| | |
|---|---|
| **From:** | Danielle Davis <ddavis@insysrx.com> |
| **Sent:** | Friday, August 15, 2014 4:23 PM |
| **To:** | Shawn Reardon <sreardo23@independent-commercial-compliance.com> |
| **Subject:** | RE: ICC Updated Monitoring Assignments |

Also, just a brief reminder….please remember to include privileged and confidential on any work product. This information should be sent only to me in order to protect the privilege. I can share with Des as needed.

Thanks again for all your work!
Danielle

**From:** Shawn Reardon [mailto:sreardo23@independent-commercial-compliance.com]
**Sent:** Friday, August 15, 2014 12:15 PM
**To:** Danielle Davis
**Cc:** Desiree Hollandsworth
**Subject:** ICC Updated Monitoring Assignments

Hi Danielle-
I am happy to report that we are off and running and have successfully monitored 3 programs this week.

We have selected some more events to monitor during August.  I have attached the following:
- A brief PowerPoint deck providing the rationale for sample size and events to monitor.  I have added comments in the notes section on each slide, and will update this monthly to provide a continuous analysis.
- An excel file which tracks the programs that we monitor and plan to monitor
    - Both of these documents will be fluid, as we will have cancellations, date changes, speaker changes, etc.
    - We can add any other data points that you would like us to track
    - These documents are exclusive of monitoring results; we will provide that under separate cover

Of the original 11 programs selected to monitor, 1 was cancelled and 1 moved to a later date.  Thus, we have added 6 more which will give us a total of 16 for the month of August.  There are currently 161 programs scheduled for August, which gives us a 10% sample size (I think that we can go at 10% or so in the initial couple of months and can adjust later as you see appropriate; our thought process is that we can adjust from our initial learnings).
The new programs to monitor are highlighted in yellow below; if you are okay with it, can I send out the notifications today?

| ICC # | Program Date | Program Number | Program Type | Program Status | Rep | DM | RD | Territory | District | Region | Speaker Name | Venue Name | Venue City | Venue State | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12-Aug-14 | 8044AU1214E | Dinner | Work-in-Progress | Rachel Ortense | Jonathan Roper | Joseph Rowan | Brooklyn, NY | New York City | East | Jeffrey Goldstein | Anassa Taverna | New York | NY | S |
| 2 | 13-Aug-14 | 8078AU1314W | Dinner | Work-in-Progress | Lance Clark | Anna Bolet | Sunrise Lee | Dallas W, TX | Dallas | West | Christopher Ince | Ocean Prime | Dallas | TX | C |
| 3 | 14-Aug-14 | 8120AU1414W | Dinner | Work-in-Progress | Andrew McNaughton | Tiffany Cromartie | Sunrise Lee | San Francisco, CA | San Francisco | West | Ravi Panjabi | Pican | Oakland | CA | C |
| 4 | 19-Aug-14 | 8047AU1214E | Dinner | Work-in-Progress | Sandy Wong | Jeff Pearlman | Joseph Rowan | Northern, NJ | Philadelphia | East | Hang Pak | Roots Steakhouse | Summit | NJ | S |
| 5 | 20-Aug-14 | 8079AU2014W | Dinner | Work-in-Progress | Amy Bender | Richard Horrocks | Sunrise Lee | Houston N, TX | Houston | West | Pankaj Satija | RDG Bar Annie | Houston | TX | N |
| 6 | 20-Aug-14 | 8138AU2014E | Dinner | Work-in-Progress | Brittany Rodman | Darrin Englehart | Brian Pipko | Northern, NJ | Oncology | National | Apurv Agrawal | Shogun Legends | Wall | NJ | S |
| 7 | 20-Aug-14 | 8125AU2014W | Dinner | Work-in-Progress | Matthew Hughes | Brett Szymanski | Sunrise Lee | Indianapolis, IN | Detroit | West | Joshua Wellington | Ocean Prime | Indianapolis | IN | N |
| 8 | 21-Aug-14 | 8086AU2114W | Dinner | Work-in-Progress | Joshua Lewis | Anna Bolet | Sunrise Lee | Dallas W, TX - ASSP | Dallas | West | Jerry W Lewis | Javier's | Dallas | TX | C |
| 9 | 21-Aug-14 | 8055AU2114E | Dinner | Work-in-Progress | Michelle Breitenbach | Paul Geisewite | Joseph Rowan | Central, NJ | Washington DC | East | Kenneth Sun | Blue Grill House | Bethlehem | PA | J |
| 10 | 26-Aug-14 | 8040AU2614E | Dinner | Work-in-Progress | Fernando Serrano | Jonathan Roper | Joseph Rowan | Manhattan, NY | New York City | East | Gordon Freedman | Quality Meats | New York | NY | S |
| 11 | 26-Aug-14 | 8050AU2614E | Dinner | Work-in-Progress | Ben Ecker | Jeff Pearlman | Joseph Rowan | Southern, NJ | Philadelphia | East | Rishin Patel | Butcher and Singer | Philadelphia | PA | C |
| 12 | 26-Aug-14 | 8070AU2614W | Dinner | Work-in-Progress | Amber Sellers | Richard Horrocks | Sunrise Lee | Nashville, TN | Houston | West | Barton Huddleston | Stoney River Legendary Steaks | Franklin | TN | N |
| 13 | 27-Aug-14 | 8138AU2714E | Dinner | Work-in-Progress | Brittany Rodman | Darrin Englehart | Brian Pipko | Northern, NJ | Oncology | National | Jose Contreras | The River Palm Terrace | Edgewater | NJ | J |
| 14 | 27-Aug-14 | 8025AU2714E | Dinner | Work-in-Progress | Brittany Williams | Darrin Englehart | Brian Pipko | Vero Beach, FL | Miami | East | Edward Lubin | Arabella's | Winter Haven | FL | T |
| 15 | 27-Aug-14 | 8018AU2714E | Dinner | Work-in-Progress | Robert Zarrilli | Karen Hill | Joseph Rowan | Ormond Beach, FL | Miami | East | Parveen Khanna | Ruth's Chris Steak House | Jacksonville | FL | A |
| 16 | 28-Aug-14 | 8100AU2814W | Dinner | Work-in-Progress | Erika Gutzeit | Wesley Kim | Sunrise Lee | Corona, CA | Los Angeles | West | James Rho | Fleming's Prime Steakhouse | Rancho Cucamonga | CA | C |

Thanks Danielle – if you are available I can give you a call today to discuss.



**Shawn Reardon**
Tel
908.370.4085
sreardo23@independent-commercial-compliance.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message may contain confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

## Email Message

| | |
|---|---|
| **From:** | Danielle Davis <ddavis@insysrx.com> |
| **Sent:** | Friday, May 23, 2014 8:45 PM |
| **To:** | Richard Horrocks; Sunrise Lee |
| **Cc:** | Alec Burlakoff; Richard Simon |
| **Subject:** | ISP Post documentation request - privileged and confidential |

Good afternoon Rick,

Please see below outstanding ISP post documentation. Please have Brett submit this by EOD.

Thanks very much.

| | | | | | |
|---|---|---|---|---|---|
| 05-02-14_Szymanski_Awerbuch_GP | Awerbuch Gavin | Szymanski | CHI | 12:00:00 PM | 5/2/2014 |

**Danielle Davis**
**Director of Compliance**



444 S Ellis, Chandler, AZ 85224
P: (480) 207-5929
M: (480) 335-7333
ddavis@insysrx.com  *  www.insysrx.com

## Email Message

**From:** Danielle Davis [ddavis@insysrx.com]
**Sent:** Thursday, May 01, 2014 4:03 AM
**To:** Lindsay Couturier
**CC:** Franc Del Fosse
**Subject:** Draft HIPAA Forms, IRC Next Steps -- Privileged and Confidential
**Attachments:** Revised Opt-In Form .DOC


Hi Lindsay,

Please find draft Opt- In form attached.

Please let me know of any changes that were previously in the works. If it is at all possible to have this back to me prior to my meeting with Mike Gurry at 1pm that would be greatly appreciated! ☺

Thank so much,
Danielle


**Danielle Davis**
**Director of Compliance**



444 S Ellis, Chandler, AZ 85224
P: (480) 207-5929
M: (480) 335-7333
ddavis@insysrx.com  *  www.insysrx.com


================================================================
=========

## Email Message

| | |
|---|---|
| **From:** | Danielle Davis [ddavis@insysrx.com] |
| **Sent:** | Saturday, May 10, 2014 3:52:16 AM |
| **To:** | Alec Burlakoff |
| **Subject:** | RE: Post Documentation - Privileged and Confidential |

Hi Alec,

I'm happy to discuss further and troubleshoot. You have my number.

Danielle

**From:** Alec Burlakoff
**Sent:** Friday, May 09, 2014 8:39 PM
**To:** Danielle Davis; Richard Simon
**Cc:** Franc Del Fosse; Desiree Hollandsworth; Michael Babich
**Subject:** Re: Post Documentation - Privileged and Confidential

Hi

I am very confused here.   Apparently 'compliance' now directs the sales force?

I am definitely not ok with this, as it will not work for me in any way, shape, and or form.

I can't have my director of sales being instructed how to spend his time, especially when his job is is to move business. If either one of us wanted to be in compliance, we would have submitted our resumes accordingly.

I believe I may be qualified, as I do possess a masters degree in human resource management.   3.867 GPA

Never again do I want to have any part in this type of thing...

Please advise

Alec

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Danielle Davis

**Sent:** Friday, May 9, 2014 8:26 PM

**To:** Alec Burlakoff; Richard Simon

**Cc:** Franc Del Fosse; Desiree Hollandsworth

**Subject:** Post Documentation - Privileged and Confidential

**PRIVILEGED AND CONFIDENTIAL – NOT FOR FURTHER DISSEMINATION**

Good Evening Gents,

Please find below a report that indicates current compliance with post documentation. While we are observing a positive trend in the increased amount of overall compliance you will note that some districts are still experiencing challenges.

Rich – I am placing this in your very capable hands. I would like you to please **CALL** each manager that has less than 100% submission of post documentation. If any manager requires additional information please call me over the weekend to discuss (4803357333). Outstanding documentation is to be submitted no later than EOD on **Wednesday May 14, 2014.**

Confidential INS3607540

Thank you, and a special thanks to Des and her team for providing this information. The hard work is very much appreciated.

District

YES

NO

Grand Total

% Submitted

ATL

7

1

8

88%

BMH

6

1

7

86%

CHI

4

4

0%

DAL

12

16

28

43%

DEN

8

8

100%

LOS

8

3

11

73%

MIA

44

4

48

92%

NJS

3

2

5

60%

NYC

35

6

41

85%

ONC

7

6

13

54%

PHL

18

1

19

95%

PHX

8

8

100%

SFO

4

1

5

80%

STL

5

5

100%

WDC

14

14

100%

Grand Total

179

45

224

**Danielle Davis**

**Director of Compliance**

Confidential
INS3607544

Description: Description: cid:image002.jpg@01CC93F7.57F45FA0

444 S Ellis, Chandler, AZ 85224

P: (480) 207-5929

M: (480) 335-7333

ddavis@insysrx.com   *   www.insysrx.com

## Email Message

| | |
|---|---|
| From: | Danielle Davis |
| Sent: | Friday, May 09, 2014 5:50:21 AM |
| To: | Franc Del Fosse; Jenna Grosshans |
| CC: | Danielle Davis |
| Subject: | Complaint for a Subsys Representative (Med-INS-201405-021) Follow up - Privileged and Confidential |

**Privileged and Confidential**

Rekeya Peeples was interviewed today by myself with HR Director Jenna Grosshans present. Ms. Peeples was advised that the discussion was privileged and confidential.

Ms. Peeples was questioned in reference to the complaint presented below. Based upon the answers she provided I do not feel that she has acted inappropriately in performing her responsibilities as a team member of the IRC.

Ms. Peeples is currently receiving training as she is new to the position. I feel confident she will reach out to myself or Yoshi Jamison if she has compliance related questions or concerns.

Thank you,

Danielle


**Danielle Davis**

**Director of Compliance**

Description: Description: cid:image002.jpg@01CC93F7.57F45FA0

444 S Ellis, Chandler, AZ 85224

P: (480) 207-5929

M: (480) 335-7333

ddavis@insysrx.com   *   www.insysrx.com

**From:** Linda Keelan
**Sent:** Tuesday, May 06, 2014 12:52 PM
**To:** 'Abhishek.Sharma@apcerpharma.com'; Xun (Sean) Yu
**Cc:** 'medinfo.Insys@apcerpharma.com'; Danielle Davis
**Subject:** Re: Complaint for a Subsys Representative (Med-INS-201405-021)

Thank you. We will handle from here. I have copied our compliane officer on thi message.
Best regards,
Linda
480 689 0968

**From**: Abhishek Sharma [mailto:Abhishek.Sharma@apcerpharma.com]
**Sent**: Tuesday, May 06, 2014 11:26 AM
**To**: Xun (Sean) Yu; Linda Keelan
**Cc**: Medinfo Insys <medinfo.Insys@apcerpharma.com>
**Subject**: Complaint for a Subsys Representative (Med-INS-201405-021)

Dear Both,

Today at 12:01 PM, we received a call from Clinical Pharmacist from Rocky Mount Health Department. She made a complaint about a Subsys representative named "Rikkie".

She stated that Rikkie is misrepresenting herself as a staff from the doctor's office and that she is calling them and asking the patients details and stating that she needs the

details to fill out the prior authorization forms. Rikkie also told them over phone that she takes care of all the prior authorizations. The pharmacist then called the doctor's office to confirm if Rikkie is the right person from their office so that they can share the necessary details however the doctor's office stated that there is no one named Rikkie at their office. The pharmacist then came to know through Judy (Local Insys Representative in their area) that Rikkie is a Subsys representative in Arizona and her phone number (480-939-2654) is always not reachable.

**Pharmacist Details:**

Heather Carwin

(Clinical Pharmacist)

Rocky Mount Health Department

2775 Cross Roads Blvd

Grand Junction, CO 81506

Ph: 970-248-8743

Please let us know how to proceed with this case.

Regards

Abhishek Sharma
Pharmacovigilance and Medical Information Associate
**APCER Pharma Solutions, Inc.**

direct 609.436.4716          switchboard 609.455.1600


5 Independence Way, Suite 130 & 300, Princeton,  NJ 08540
www.apcerpharma.com  | "We know compliance matters!"$^{SM}$

This electronic mail message and any file sent with it are intended solely for the named recipients and may contain confidential and proprietary business information of APCER PHARMA (Europe) Limited, APCER PHARMA Solutions, Inc., and their subsidiaries and affiliates. If you are not a named recipient, please notify the sender immediately and delete the original message and all files sent with it. You may not disclose the contents to any other person, use this electronic mail message or its contents for any purpose or further store or copy its contents in any medium.
APCER PHARMA (Europe) Limited is a limited company registered in England and Wales. Registration number: 06993646. Registered office: 1st Floor, Fountain Court, High Street, Market Harborough, Leicester, LE16 7AF.
APCER PHARMA Solutions, Inc., is a company incorporated in the State of Delaware, USA. The principal offices are located at 5 Independence Way, Suite 300, Princeton, NJ 08540.

| | |
|---|---|
| **From:** | Danielle Davis <ddavis@insysrx.com> on behalf of Danielle Davis |
| **Sent:** | Monday, November 02, 2015 4:06 PM |
| **To:** | Nellie Oquendo |
| **Subject:** | RE: Specialty Pharmacy Review - Privileged and Confidential |

Will do.

Thank you,
Danielle

**From:** Nellie Oquendo [mailto:NOquendo@ejfinancial.com]
**Sent:** Monday, November 02, 2015 3:49 PM
**To:** Danielle Davis <ddavis@insysrx.com>
**Subject:** RE: Specialty Pharmacy Review - Privileged and Confidential
**Importance:** High

Danielle,

Please share with Xun.

John Kapoor

**From:** Danielle Davis [mailto:ddavis@insysrx.com]
**Sent:** Thursday, October 29, 2015 5:44 PM
**To:** John Kapoor; Nellie Oquendo
**Cc:** Franc Del Fosse
**Subject:** Specialty Pharmacy Review - Privileged and Confidential

Good Evening Dr. Kapoor,

Please find specialty pharmacy review attached as requested.

We can discuss further at your convenience.

Thank you,
Danielle

**Danielle Davis**
**Director of Compliance**



1333 South Spectrum Blvd, Suite 100
Chandler, AZ 85286
P: (480) 500-3123
M: (480) 335-7333
ddavis@insysrx.com * www.insysrx.com

1

**CONFIDENTIAL--PLEASE READ**
This electronic message, including its attachments, is CONFIDENTIAL and contains PROPRIETARY information. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and permanently delete this message and its attachments, along with any copies thereof. Thank you.

**CONFIDENTIAL--PLEASE READ**
This electronic message, including its attachments, is CONFIDENTIAL and contains PROPRIETARY information. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and permanently delete this message and its attachments, along with any copies thereof. Thank you.

CONFIDENTIAL                                                                                                                                    EJF-000251188