Case 1:16-cr-10343, Date April 9, 2019

The Honorable Allison D. Burroughs
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: <u>United States v. Gurry et al.</u>, 16-cr-10343 — Release of juror names and addresses

Dear Judge Burroughs:

I am writing to request that the names and addresses of the jurors in the above captioned case be disclosed soon after the verdict is announced. I am a journalist who has covered the case for *The New York Times Magazine* and I am under contract to write a book about it, to be published by Doubleday, a division of Penguin Random House.

In <u>United States v. Glenn A. Chin</u> (14-cr-10363), tried in this District, the Trustees of Boston University, as owners of WBUR, intervened and sought the release of juror names and addresses "as soon as possible after the verdict is announced." The District Court issued an order stating that it would release juror names and hometowns, but not addresses, and that it would do so only after sentencing. WBUR appealed the ruling on both counts. On January 18 of this year, the First Circuit Court of Appeals sided with WBUR (No. 17-2048), citing <u>In re Globe Newspaper Co.</u>, 920 F.2d 88, 90 (1st Cir. 1990) as precedent and pointing to "the need for accountability and transparency in our system of justice" discussed in that opinion. Following the ruling, the District Court on February 13 provided the names and addresses of the <u>Chin</u> jurors to WBUR.

In its <u>Chin</u> opinion, the First Circuit recognized the District Court's concerns regarding juror privacy but nonetheless held that hometowns were not sufficient and that a delay until after sentencing was not justified, absent the "particularized findings" of "exceptional circumstances" contemplated in <u>In re Globe</u>. The First Circuit's opinion notes that "<u>In re Globe</u> provides examples of '[s]uch circumstances,' and they include 'a credible threat of jury tampering, a risk of personal harm to individual jurors, and other evils affecting the administration of justice.' Id."

I would argue that no such circumstances present themselves in <u>United States v. Gurry at al.</u> and respectfully request that juror names and addresses be provided soon after the announcement of a verdict. I thank the Court for its consideration.

Respectfully submitted,

Evan Hughes
c/o The Robbins Office
509 Madison Avenue
New York, NY 10022
evanhughes@gmail.com
(917) 538-3096