UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL J. GURRY, RICHARD M. SIMON, SUNRISE LEE, JOSEPH A. ROWAN, and JOHN KAPOOR,<br><br>Defendants. | Criminal No. 16-cr-10343-ADB |

## VERDICT FORM

## COUNT ONE - RACKETEERING CONSPIRACY

### Defendant Michael Gurry

1. Do you, the jury, unanimously find that the Government has proven beyond a reasonable doubt that defendant, Michael Gurry, is guilty of conspiring to conduct or to participate, directly or indirectly, in the conduct of the affairs of an enterprise through a pattern of racketeering activity as charged in Count One of the indictment?

    _____ Not Guilty        _X_ Guilty

**IF YOU ANSWER "NOT GUILTY" ON QUESTION 1, GO TO QUESTION 3. IF YOU ANSWER "GUILTY" ON QUESTION 1, GO TO QUESTION 2.**

2. Which of the following type or types of racketeering activity, do you, the jury, unanimously find that the defendant, Michael Gurry, agreed that he or another conspirator would intentionally commit?

    _____ Illegal Distribution of a Controlled Substance;

    _>2_ Mail Fraud;

    _>2_ Wire Fraud;

    _____ Honest Services Mail Fraud;

    _____ Honest Services Wire Fraud.

**PROCEED TO THE NEXT PAGE.**

## COUNT ONE - RACKETEERING CONSPIRACY

### Defendant Richard M. Simon

3. Do you, the jury, unanimously find that the Government has proven beyond a reasonable doubt that defendant, Richard M. Simon, is guilty of conspiring to conduct or to participate, directly or indirectly, in the conduct of the affairs of an enterprise through a pattern of racketeering activity as charged in Count One of the indictment?

   _____ Not Guilty          \_\_X\_\_ Guilty

**IF YOU ANSWER "NOT GUILTY" ON QUESTION 3, GO TO QUESTION 5. IF YOU ANSWER "GUILTY" ON QUESTION 3, GO TO QUESTION 4.**

4. Which of the following type or types of racketeering activity, do you, the jury, unanimously find that the defendant, Richard M. Simon, agreed that he or another conspirator would intentionally commit?

   \_\_72\_\_  Illegal Distribution of a Controlled Substance;

   \_\_72\_\_  Mail Fraud;

   \_\_72\_\_  Wire Fraud;

   \_\_72\_\_  Honest Services Mail Fraud;

   \_\_72\_\_  Honest Services Wire Fraud.

**PROCEED TO THE NEXT PAGE.**

## COUNT ONE - RACKETEERING CONSPIRACY

### Defendant Sunrise Lee

5. Do you, the jury, unanimously find that the Government has proven beyond a reasonable doubt that defendant, Sunrise Lee, is guilty of conspiring to conduct or to participate, directly or indirectly, in the conduct of the affairs of an enterprise through a pattern of racketeering activity as charged in Count One of the indictment?

   _____ Not Guilty        __X__ Guilty

**IF YOU ANSWER "NOT GUILTY" ON QUESTION 5, GO TO QUESTION 7. IF YOU ANSWER "GUILTY" ON QUESTION 5, GO TO QUESTION 6.**

6. Which of the following type or types of racketeering activity, do you, the jury, unanimously find that the defendant, Sunrise Lee, agreed that she or another conspirator would intentionally commit?

   __22__ Illegal Distribution of a Controlled Substance;

   __22__ Mail Fraud;

   __22__ Wire Fraud;

   __22__ Honest Services Mail Fraud;

   __22__ Honest Services Wire Fraud.

**PROCEED TO THE NEXT PAGE.**

## COUNT ONE - RACKETEERING CONSPIRACY

### Defendant Joseph A. Rowan

7. Do you, the jury, unanimously find that the Government has proven beyond a reasonable doubt that defendant, Joseph A. Rowan, is guilty of conspiring to conduct or to participate, directly or indirectly, in the conduct of the affairs of an enterprise through a pattern of racketeering activity as charged in Count One of the indictment?

    _____ Not Guilty      __X__ Guilty

**IF YOU ANSWER "NOT GUILTY" ON QUESTION 7, GO TO QUESTION 9. IF YOU ANSWER "GUILTY" ON QUESTION 7, GO TO QUESTION 8.**

8. Which of the following type or types of racketeering activity, do you, the jury, unanimously find that the defendant, Joseph A. Rowan, agreed that he or another conspirator would intentionally commit?

    __>2__   Illegal Distribution of a Controlled Substance;

    __>2__   Mail Fraud;

    __>2__   Wire Fraud;

    __>2__   Honest Services Mail Fraud;

    __>2__   Honest Services Wire Fraud.

**PROCEED TO THE NEXT PAGE.**

## COUNT ONE - RACKETEERING CONSPIRACY

### Defendant John Kapoor

9. Do you, the jury, unanimously find that the Government has proven beyond a reasonable doubt that defendant, John Kapoor, is guilty of conspiring to conduct or to participate, directly or indirectly, in the conduct of the affairs of an enterprise through a pattern of racketeering activity as charged in Count One of the indictment?

    _____ Not Guilty         \_\_X\_\_ Guilty

**IF YOU ANSWER "NOT GUILTY" ON QUESTION 9, YOUR DELIBERATIONS HAVE CONCLUDED AND YOU SHOULD PROCEED TO THE NEXT PAGE. IF YOU ANSWER "GUILTY" ON QUESTION 9, GO TO QUESTION 10.**

10. Which of the following type or types of racketeering activity, do you, the jury, unanimously find that the defendant, John Kapoor, agreed that he or another conspirator would intentionally commit?

    \_\_22\_\_ Illegal Distribution of a Controlled Substance;

    \_\_22\_\_ Mail Fraud;

    \_\_>2\_\_ Wire Fraud;

    \_\_>2\_\_ Honest Services Mail Fraud;

    \_\_>2\_\_ Honest Services Wire Fraud.

**PROCEED TO THE NEXT PAGE.**

**Your deliberations are complete.  Please notify the court security officer in writing that you have reached a verdict.**

**FOREPERSON:** _[signature]_                                         **DATE:** May 2, 2019