**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CRIMINAL NO. 16-CR-10343-ADB |
| v. |  |  |
| MICHAEL J. GURRY, RICHARD M. SIMON, SUNRISE LEE, JOSEPH A. ROWAN, and JOHN KAPOOR, |  |  |
| Defendants. |  |  |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' POST-TRIAL MOTIONS**

**(Assented-to)**

The United States of America, by and through the undersigned Assistant U.S. Attorneys, moves for an extension of time through July 19, 2019, in which to respond to the Defendants' post-trial motions that were filed on June 6, 2019. The Defendants filed a joint motion for judgment of acquittal and joint motion for a new trial, and all five defendants also filed separate motions for judgment of acquittal and/or a new trial. The combined total of these motions exceeds 100 pages, and additional time is necessary to fully and fairly respond to the arguments that have been raised.

The government anticipates that it will seek leave to file a consolidated memorandum in opposition that exceeds 20 pages, but will do so at a later date when undersigned counsel has a better sense of how long the opposition memorandum will be.

Undersigned counsel has conferred with counsel for Defendants, who assent to this motion with the understanding that the Defendants may seek a corresponding extension to file reply memoranda.

Date:   June 19, 2019                         Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

                                     By:      */s/ Mark T. Quinlivan*
                                              K. NATHANIEL YEAGER
                                              FRED M. WYSHAK, JR.
                                              DAVID G. LAZARUS
                                              MARK T. QUINLIVAN
                                              Assistant U.S. Attorneys
                                              John Joseph Moakley U.S. Courthouse
                                              One Courthouse Way, Suite 9200
                                              Boston, Massachusetts 02210
                                              (617) 748-3606

## **CERTIFICATE OF SERVICE**

I, Mark T. Quinlivan, hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

                                     By:      */s/ Mark T. Quinlivan*
                                              MARK T. QUINLIVAN