## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MICHAEL J. GURRY, et al.,<br><br>    Defendants. | Criminal No.:  16-CR-10343-ADB |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEFING IN SUPPORT OF THEIR MOTIONS FOR ACQUITTAL AND NEW TRIAL

Pursuant to Local Rule 7.1(b)(3), the undersigned Defendants hereby request leave to submit reply briefing in support of their Motions for Acquittal and New Trial (Dkt. Nos. 859–64) by August 26, 2019.  Defendants' are mindful of the combined length of their opening briefs and the government's consolidated response in opposition (Dkt. No. 936).  Defendants will not use the reply briefing to rehash their opening briefs, but to answer the arguments and evidence raised in the government's response.  Such briefing will materially assist the Court in resolving the complex issued raised by the post-trial motions.  Defendants have not yet decided whether they will seek to consolidate the replies into a single brief or submit separate replies that correspond to the particular motions.

Due in part to scheduling constraints for their counsel, Defendants request a due date of August 26, 2019 for the reply briefing.

Defendants have conferred with counsel for the government, who consent to this request for leave, including to the requested August 26, 2019 filing date.

Dated: August 1, 2019

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@mosllp.com
Megan Siddall (BBO# 568979)
msiddall@mosllp.com
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02210
Telephone: (617) 273-8421

*Attorneys for Michael Gurry*

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

*Attorneys for Joseph Rowan*

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980

*Attorney for Sunrise Lee*

Respectfully submitted,

/s/ William W. Fick
William W. Fick, Esq. (BBO # 650562)
wfick@fickmarx.com
Daniel N. Marx, Esq. (BBO # 674523)
dmarx@fickmarx.com
Fick and Marx, LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Telephone: (857) 321-8360

*Attorneys for Richard Simon*

/s/ Kosta S. Stojilkovic
Beth A. Wilkinson (*admitted pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (*admitted pro hac vice*)
awalsh@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Andrew W. Croner (admitted *pro hac vice*)
acroner@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

*Attorneys for Dr. John Kapoor*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants and the government have conferred and that counsel for the government assent to Defendants' request.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor