## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 16-10343-ADB |
| ) | |
| v. ) | |
| ) | |
| JOHN KAPOOR, ET. Al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### UNITED STATES' RESPONSE TO MOTION TO CONTINUE SENTENCING (Doc. 988)

The United States consents to a brief continuance of the seven sentencing hearings but respectfully requests that the Court sentence John Kapoor first and sentence the cooperators, Alec Burlakoff and Michael Babich, last. This order will accomplish the Court's stated goal of sentencing all 7 defendants in proximity to one another while enabling the parties to make intelligent sentencing recommendations and avoid unwarranted sentencing disparity. *See* 18 U.S.C. § 3553((a)(6).

Respectfully,

ANDREW E. LELLING
United States Attorney

Dated: October 18, 2019      By:    /s/ *David G. Lazarus*
K. NATHANIEL YEAGER (BBO # 630992)
DAVID G. LAZARUS (BBO #624907 )
FRED M. WYSHAK, JR. (BBO #535940)
Assistant U.S. Attorneys
One Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100
david.lazarus2@usdoj.gov
nathaniel.yeager@usdoj.gov
fred.wyshak@usdoj.gov

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 18, 2019

/s/ *David G. Lazarus*
David G. Lazarus
Assistant U.S. Attorney