UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL J. GURRY, et al.,<br><br>Defendants. | Criminal No.: 16-CR-10343-ADB<br><br>**LEAVE TO FILE GRANTED ON OCTOBER 21, 2019** |

## **REPLY IN SUPPORT OF MOTION TO CONTINUE SENTENCINGS**

Trial defendants appreciate the government's consent to a modest continuance of the sentencings, but respectfully disagree that the sentencings of Michael Babich and Alec Burlakoff should be set last. As trial defendants argued previously, scheduling Babich and Burlakoff last risks that the government could take inconsistent positions of fact or law in their sentencings compared to trial defendants. The risk is heightened because the government has yet to announce its approach to forfeiture, which is of most concern to defendants Kapoor (whom the government proposes to go first) and Babich and Burlakoff (whom the government proposes to go last).

Consistent with the current schedule, trial defendants submit that the sentencings of Kapoor, Babich, and Burlakoff should be set in succession, in whatever order the Court deems appropriate. Trial defendants submit that the remaining sentencings can occur in close proximity thereafter, preferably in the current order (Simon, Lee, Gurry, Rowan). To avoid conflict with the trial schedule of Dr. Kapoor's lead counsel,[1] and to ensure that all seven sentencings can be held

---

[1] The district judge in the case that Ms. Wilkinson is set to try in S.D.N.Y. indicated last week that "we are talking about going into December, well into December, two weeks into December, I think." Final Pretrial Conference Transcript, *In re Namenda* (October 10, 2019).

in close proximity without running into the end of year holidays, trial defendants respectfully submit that setting the sentencings for January would be prudent.

Dated: October 21, 2019

Respectfully submitted,

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@mosllp.com
Megan Siddall (BBO# 568979)
msiddall@mosllp.com
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02210
Telephone: (617) 273-8421

*Attorneys for Michael Gurry*

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

*Attorneys for Joseph Rowan*

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980

*Attorney for Sunrise Lee*

/s/ William W. Fick
William W. Fick, Esq. (BBO # 650562)
wfick@fickmarx.com
Daniel N. Marx, Esq. (BBO # 674523)
dmarx@fickmarx.com
Fick and Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Telephone: (857) 321-8360

*Attorneys for Richard Simon*

/s/ Kosta S. Stojilkovic
Beth A. Wilkinson (*admitted pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (*admitted pro hac vice*)
awalsh@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Andrew W. Croner (admitted *pro hac vice*)
acroner@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

*Attorneys for Dr. John Kapoor*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

                                              /s/ Kosta S. Stojilkovic
                                              Kosta S. Stojilkovic
                                              Counsel for Dr. John Kapoor