# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 16-CR-10343-7-ADB |
| ) | |
| v. ) | |
| ) | |
| JOHN N. KAPOOR, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION TO SEAL

Dr. Kapoor, through undersigned counsel and with the assent of the government (though Assistant United States Attorney David Lazarus), respectfully moves to seal two exhibits to Dr. Kapoor's "Motion to Permit Limited Financial Transactions Pending Sentencing," specifically Sealed Exhibits 2 and 3.  In support of this motion, Dr. Kapoor states that these exhibits contain personal, confidential, and/or financial information.

Dated: November 1, 2019                    Respectfully submitted,

                                           /s/ Kosta Stojilkovic
                                           Beth A. Wilkinson (*admitted pro hac vice*)
                                           bwilkinson@wilkinsonwalsh.com
                                           Kosta S. Stojilkovic (admitted *pro hac vice*)
                                           kstojilkovic@wilkinsonwalsh.com
                                           Andrew W. Croner (admitted *pro hac vice*)
                                           acroner@wilkinsonwalsh.com
                                           Wilkinson Walsh + Eskovitz LLP
                                           2001 M Street NW
                                           Washington, D.C. 20036
                                           Telephone: (202) 847-4000

                                           Brien T. O'Connor (BBO# 546767)
                                           brien.o'connor@ropesgray.com
                                           Aaron M. Katz (BBO# 662457)
                                           aaron.katz@ropesgray.com
                                           Ropes & Gray LLP
                                           Prudential Tower 800 Boylston Street
                                           Boston, MA 02199
                                           Telephone: (617) 951-7000

                                           *Attorneys for Dr. John Kapoor*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Dr. Kapoor conferred with the government, and that counsel for the government has indicated their assent to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on counsel for all parties of record through the ECF system.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor