UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN N. KAPOOR,<br><br>Defendant. | Criminal No.: 16-CR-10343-ADB-7 |

### ASSENTED-TO MOTION FOR LEAVE TO FILE SUR-REPLY

Pursuant to 7.1(b)(3), Defendant John Kapoor, with the assent of the Government, hereby moves this Court for permission to file a sur-reply to the Government's Motion for Forfeiture of Property (ECF 1054). The sur-reply would aid the Court's consideration of the matters presented by responding to arguments and authorities raised in the Government's Reply (ECF 1149). It will also lessen the need for the parties to engage in extensive oral argument on the forfeiture issue at Dr. Kapoor's sentencing proceeding.

WHEREFORE, Defendant John Kapoor respectfully requests permission to file a sur-reply.

Dated: January 20, 2020

Respectfully submitted,

/s/ Kosta Stojilkovic
Beth A. Wilkinson (*admitted pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Andrew W. Croner (admitted *pro hac vice*)
acroner@wilkinsonwalsh.com
Wilkinson Walsh LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)

brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

*Attorneys for Dr. John Kapoor*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the moving defendants and the government have conferred and that counsel for the government has indicated their assent to this motion.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor
