UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>SUNRISE LEE )<br>               Defendant. )<br>) | Criminal No: 16-10343-ADB |

**DEFENDANT LEE'S MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM IN EXCESS OF TWENTY (20) PAGES**

NOW COMES the Defendant, Sunrise Lee, through counsel, and hereby moves this Honorable Court for leave to file a Sentencing Memorandum in excess of 20 pages. In support thereof, counsel states that this case and the Presentence Report involve a large volume of complex issues that must be submitted in writing to the Court.

Respectfully Submitted,

Peter Charles Horstmann, Esq.
BBO #556377
450 Lexington Street, Suite 450
Newton, Massachusetts 02466
(617) 723-1980

Attorney for Defendant Sunrise Lee

1

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire herby certify that a copy of the instant motion was filed through the ECF system and served upon all counsel of record including the United States through its representatives AUSAs Nathaniel Yeager, Fred Wyshak and David Lazarus, 1 Courthouse Way, Boston, MA 02110 on January 21, 2020.

/s/ Peter C. Horstmann

Peter Charles Horstmann, Esq.