**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MICHAEL L. BABICH et al.,<br><br>    Defendants. | Criminal No.:  16-CR-10343-ADB |

**DEFENDANTS' JOINT NOTICE OF UPDATED**
**POTENTIAL RESTITUTION AMOUNTS FOR INSURERS**

In light of the revised information provided by insurers Caremark and SilverScript on February 4, 2020, and for the convenience of the Court and the parties, Defendants jointly submit this updated assessment of the ceiling on potential restitution amounts for Medicare and the commercial insurers based on the record before the Court.

Based on the revised information, if the Court were to track the 11 uncontested practitioners (*i.e.*, excluding Drs. Khanna and Roque), the total restitution for Medicare and commercial insurers is not more than $31,506,417.  If the Court were to track all 13 practitioners, the total Medicare and commercial insurer amount is not more than $33,465,598.  Although the revised information from Caremark and SilverScript implicates only the chart for the 11 uncontested practitioners, both charts are reproduced below for ease of reference.

| Insurer | Restitution Limited to 11 Bribed Practitioners | | |
|---|---|---|---|
| | **Total for 11 HCP** | **80.9% IRC Usage** | **73% Non-Cancer** |
| *Medicare*[*] | $ 28,200,159 | $ 22,813,929 | $ 16,654,168 |
| Aetna[†] | $ 1,193,479 | $ 965,525 | $ 704,833 |
| Anthem | Not provided | Not provided | Not provided |
| Caremark | $ 14,761,834 | $ 11,942,324 | $ 8,717,896 |
| Cigna | $ 1,793,249 | $ 1,450,738 | $ 1,059,039 |
| Horizon | $ 94,767 | $ 76,666 | $ 55,966 |
| SilverScript | $ 3,154,493 | $ 2,551,985 | $ 1,862,949 |
| United | $ 4,151,187 | $ 3,358,310 | $ 2,451,566 |
| *Commercial Total* | $ 25,149,007 | $ 20,345,547 | $ 14,852,249 |
| **Overall Total** | $ 53,349,166 | $ 43,159,476 | $ 31,506,417 |

| Insurer | Restitution Limited to 13 Bribed Practitioners | | |
|---|---|---|---|
| | **Total for 13 HCP** | **80.9% IRC Usage** | **73% Non-Cancer** |
| *Medicare* | $ 30,232,895 | $ 24,458,412 | $ 17,854,641 |
| Aetna | $ 1,193,479 | $ 965,525 | $ 704,833 |
| Anthem | Not provided | Not provided | Not provided |
| Caremark | $ 15,072,543 | $ 12,193,688 | $ 8,901,392 |
| Cigna | $ 1,838,768 | $ 1,487,563 | $ 1,085,921 |
| Horizon | $ 94,767 | $ 76,666 | $ 55,966 |
| SilverScript | $ 3,320,804 | $ 2,686,530 | $ 1,961,167 |
| United | $ 4,913,350 | $ 3,974,900 | $ 2,901,677 |
| *Commercial Total* | $ 26,433,711 | $ 21,384,872 | $ 15,610,957 |
| **Overall Total** | $ 56,666,606 | $ 45,843,284 | $ 33,465,598 |

---

[*] Medicare: The total for 11 HCP was determined by taking the total for 13 HCP in the PSR, less amounts for Drs. Khanna and Roque in the Petron declaration, Ex. 3.

[†] Aetna: Total figures for 11 HCP and 13 HCP were obtained from the per-HCP payment figures provided in Aetna's initial submission.  *See* Gov't Mot., Ex. 3.

1

Dated: February 5, 2020

Respectfully submitted,

/s/ J. Sedwick Sollers III
J. Sedwick Sollers III (admitted *pro hac vice*)
Mark A. Jensen (admitted *pro hac vice*)
Daniel C. Sale (admitted *pro hac vice*)
Lucas M. Fields (admitted *pro hac vice*)
King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
Phone: (202) 626-5612
E-mail: WSollers@kslaw.com

William H. Kettlewell (BBO No. 270320)
Hogan Lovells
100 High St., 20th Floor
Boston, MA 02110
Telephone: (617) 371-1005
Email: bill.kettlewell@hoganlovells.com
*Attorneys for Michael L. Babich*

/s/ Peter Gelhaar
George W. Vien (BBO# 547741)
gwv@dcglaw.com
Peter E. Gelhaar (BBO# 188310)
peg@dcglaw.com
Joshua N. Ruby (BBO #679113)
Donnelly, Conroy & Gelhaar, LLP
260 Frankline Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880
*Attorneys for Alec Burlakoff*

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@mosllp.com
Megan Siddall (BBO# 568979)
msiddall@mosllp.com
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02210
Telephone: (617) 273-8421
*Attorneys for Michael Gurry*

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980
*Attorney for Sunrise Lee*

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310
*Attorneys for Joseph Rowan*

/s/ William Fick
William W. Fick, Esq. (BBO # 650562)
wfick@fickmarx.com
Daniel N. Marx, Esq. (BBO # 674523)
dmars@fickmarx.com
Fick and Marx, LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Telephone: (857) 321-8360
*Attorneys for Richard Simon*

/s/ Kosta S. Stojilkovic
Beth A. Wilkinson (*admitted pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Wilkinson Walsh LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)

                                              aaron.katz@ropesgray.com  
                                              Ropes & Gray LLP  
                                              Prudential Tower 800 Boylston Street  
                                              Boston, MA 02199  
                                              Telephone: (617) 951-7000  
                                              *Attorneys for Dr. John Kapoor*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

                                              **/s/ Kosta S. Stojilkovic**  
                                              Kosta S. Stojilkovic  
                                              Counsel for Dr. John Kapoor