UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH et al.,<br><br>    Defendants. | Criminal No.:  16-CR-10343-ADB |

**DEFENDANTS' MOTION TO CONTINUE SELF-SURRENDER DATES**

Defendants respectfully move for an extension of their self-surrender dates in order to provide the Bureau of Prisons with sufficient time to designate Defendants to appropriate institutions pending the Court's release of final judgments. In support of their motion, Defendants state as follows:

1. The Court has ordered each of the Defendants to self-surrender on dates between February 25 and March 5, 2020. However, as the Court is aware, final judgments have yet to be entered with respect to any of Defendants pending the Court's resolution of outstanding financial aspects of sentencing. Because judgments have yet to be entered with respect to any of Defendants, BOP has not begun designating Defendants to appropriate institutions. That process generally takes about six weeks. *See, e.g.*, 1/13/2020 Gurry Sent. Tr. at 51:9–13.

2. The Court has indicated that it intends to complete sentencing and issue final judgments during the week of February 24. *See* 2/4/2020 Restitution Hr'g Tr. at 97:21–25. And the Court has also indicated its willingness to extend the self-surrender dates to account for the timing of the final judgments. *See id*. at 97:7–9. Accordingly, Defendants respectfully request that the Court continue each of their self-surrender dates for six weeks from the current dates, which should provide enough time for the BOP to designate Defendants to appropriate institutions

following the entry of final judgments. For ease of reference, the current dates and proposed self-surrender dates for each Defendant are set forth below.

| Defendant | Current Date | Proposed Date |
|---|---|---|
| Gurry | 2/25 | 4/7 |
| Rowan | 3/3 | 4/14 |
| Simon | 3/3 | 4/14 |
| Kapoor | 3/3 | 4/14 |
| Babich | 3/4 | 4/15 |
| Lee | 3/4 | 4/15 |
| Burlakoff | 3/5 | 4/16 |

3.      The government has indicated it assents to this motion with respect to all Defendants except Dr. Kapoor. With respect to Dr. Kapoor, the government's position is that he remains a high risk of flight, and the government opposes the continued self-surrender date on that basis. Dr. Kapoor respectfully disagrees, and notes that the Court has repeatedly rejected the government's concern, including most recently at Dr. Kapoor's sentencing hearing.

Dated: February 12, 2020                           Respectfully submitted,

/s/ J. Sedwick Sollers III                         /s/ Peter C. Horstmann
J. Sedwick Sollers III (admitted *pro hac vice*)   Peter C. Horstmann (BBO# 556377)
Mark A. Jensen (admitted *pro hac vice*)           pete@horstmannlaw.com
Daniel C. Sale (admitted *pro hac vice*)           Law Offices of Peter Charles Horstmann
Lucas M. Fields (admitted *pro hac vice*)          450 Lexington Street, Suite 101
King & Spalding LLP                                Newton, MA 02466
1700 Pennsylvania Avenue NW                        Telephone: (617) 723-1980
Suite 200                                          *Attorney for Sunrise Lee*
Washington, DC 20006
Phone: (202) 626-5612                              /s/ Michael Kendall
E-mail: WSollers@kslaw.com                         Michael Kendall (BBO# 544866)
                                                   michael.kendall@whitecase.com
William H. Kettlewell (BBO No. 270320)             Alexandra Gliga (BBO# 694959)
Hogan Lovells                                      alexandra.gliga@whitecase.com
100 High St., 20th Floor                           White & Case LLP
Boston, MA 02110                                   75 State Street
Telephone: (617) 371-1005                          Boston, MA 02109
Email: bill.kettlewell@hoganlovells.com            Telephone: (617) 939-9310
*Attorneys for Michael L. Babich*                  *Attorneys for Joseph Rowan*

/s/ Peter Gelhaar
George W. Vien (BBO# 547741)
gwv@dcglaw.com
Peter E. Gelhaar (BBO# 188310)
peg@dcglaw.com
Joshua N. Ruby (BBO #679113)
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880
*Attorneys for Alec Burlakoff*

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@mosllp.com
Megan Siddall (BBO# 568979)
msiddall@mosllp.com
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02210
Telephone: (617) 273-8421
*Attorneys for Michael Gurry*

/s/ William Fick
William W. Fick, Esq. (BBO # 650562)
wfick@fickmarx.com
Daniel N. Marx, Esq. (BBO # 674523)
dmars@fickmarx.com
Fick and Marx, LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Telephone: (857) 321-8360
*Attorneys for Richard Simon*

/s/ Kosta S. Stojilkovic
Beth A. Wilkinson (admitted *pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Chanakya A. Sethi (admitted *pro hac vice*)
csethi@wilkinsonwalsh.com
Wilkinson Walsh LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
*Attorneys for Dr. John Kapoor*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Dr. Kapoor have conferred with counsel for the government and that the government's position as to the requested relief is stated in this motion.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor