# United States Court of Appeals
## For the First Circuit

No. 20-1485

UNITED STATES,

Appellee/Cross - Appellant,

v.

JOHN KAPOOR, SUNRISE LEE, RICHARD M. SIMON, MICHAEL J. GURRY and JOSEPH A. ROWAN,

Defendants - Appellants/Cross - Appellees.

**JUDGMENT**

Entered: June 3, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that appeal No. 20-1485 be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 20-1382.

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Jonathan M. Albano, Mark T. Quinlivan, Donald Campbell Lockhart, Fred M. Wyshak Jr., David J. D'Addio, Alexandra W. Amrhein, David M. Lieberman, David G. Lazarus, Nathaniel Yeager, Elysa Q. Wan, William W. Fick, Daniel N. Marx, Peter Charles Horstmann, Michael D. Kendall, Robert L. Sheketoff, Karen Lisa Eisenstadt, Alexandra Ioana Gliga, Martin G. Weinberg, Brien T. O'Connor, Aaron M. Katz, Beth A. Wilkinson, Kosta Stanko Stojilkovic, Chanakya Sethi, Giel Stein, Tracy A. Miner, Megan Anne Siddall, Adriana Riviere Badell, Alana F. Montas, Steven G. Kobre, Beaudre D. Barnes, Vanessa M. Brown, Alexander Walsh