# United States Court of Appeals
## For the First Circuit

No. 20-1485

UNITED STATES,

Appellee/Cross - Appellant,

v.

JOHN KAPOOR, SUNRISE LEE, RICHARD M. SIMON, MICHAEL J. GURRY and JOSEPH A. ROWAN,

Defendants - Appellants/Cross - Appellees.

**MANDATE**

Entered: June 3, 2020

In accordance with the judgment of June 3, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan M. Albano, Alexandra W. Amrhein, Beaudre D. Barnes, Vanessa M. Brown, Aaron M. Katz, Steven G. Kobre, David G. Lazarus, David M. Lieberman, Donald Campbell Lockhart, Alana F. Montas, Brien T. O'Connor, Mark T. Quinlivan, Adriana Riviere Badell, Chanakya Sethi, Giel Stein, Kosta Stanko Stojilkovic, Alexander Walsh, Elysa Q. Wan, Martin G. Weinberg, Beth A. Wilkinson, Fred M. Wyshak Jr., Nathaniel Yeager