# United States Court of Appeals
## For the First Circuit

No. 20-1325

UNITED STATES

Appellee

v.

JOHN KAPOOR

Defendant - Appellant

No. 20-1326

UNITED STATES

Appellee

v.

SUNRISE LEE

Defendant - Appellant

No. 20-1334

UNITED STATES

Appellee

v.

RICHARD M. SIMON

Defendant - Appellant

No. 20-1335

UNITED STATES

Appellee

v.

MICHAEL J. GURRY

|  | Defendant - Appellant |
|---|---|

No. 20-1336

UNITED STATES

Appellee

v.

JOSEPH A. ROWAN

Defendant - Appellant

## MANDATE

Entered: July 22, 2020

In accordance with the judgment of July 1, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan M. Albano
Alexandra W. Amrhein
Karen Lisa Eisenstadt
William W. Fick
Alexandra Ioana Gliga
Peter Charles Horstmann
Aaron M. Katz
Michael D. Kendall
David G. Lazarus
Donald Campbell Lockhart
Daniel N. Marx
Tracy A. Miner
Brien T. O'Connor
Mark T. Quinlivan
Adriana Riviere Badell
Chanakya Sethi
Robert L. Sheketoff

Megan Anne Siddall
Kosta Stanko Stojilkovic
Elysa Q. Wan
Martin G. Weinberg
Beth A. Wilkinson
Fred M. Wyshak Jr.
Nathaniel Yeager