## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN N. KAPOOR,<br><br>Defendant. | Criminal No.:  16-CR-10343-7-ADB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that pursuant to Local Rule 83.5.2(c)(1), Alexandra M. Walsh hereby withdraws her appearance as an attorney of record for John N. Kapoor in the above-captioned matter.  Dr. Kapoor will continue to be represented in these proceedings by current counsel of record from Wilkinson Walsh LLP.

Dated: November 2, 2020

Respectfully submitted,

*/s/ Alexandra M. Walsh*

Alexandra M. Walsh (admitted *pro hac vice*)
awalsh@wilkinsonwalsh.com
Wilkinson Walsh LLP
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
kstojilkovic@wilkinsonwalsh.com
Wilkinson Walsh LLP
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000