**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) No.  16-CR-10343-ADB |
| JOHN N. KAPOOR, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S SUPPLEMENTAL FILING**
**REGARDING DEFENDANT JOHN KAPOOR'S STATUS REPORT**

The Government submits this brief supplemental filing not to respond to each of the arguments made in Kapoor's "status report," but to instead ensure a clear factual record for the Court.

1.      Contrary to Kapoor's status report (D. 1610 at 2), the Government did not mislead the Court or Kapoor about the input the Government provided to the Home Confinement Committee (HCC) in response to the HCC's request.  During the April 12, 2023 Hearing, the Government stated multiple times that the HCC asked for the Government's input and that the Government provided that input by objecting to Kapoor's request for an early release.  *See* D. 1607, Tr. at 6 ("[The HCC] invite[ed] us to provide our perspective and the government in this case did, and it objected to an early release.); *see also* Tr. at 21 ("[T]he government in this instance was asked for its perspective, and it provided its perspective. … [W]e have a role to play in supporting victims …").

2.      Contrary to Kapoor's status report (D. 1610 at 2), The Government did not mislead the Court or Kapoor about whether it knew the reasons for the HCC's denial of Kapoor's

February 2023 CARES Act request.  As the Government stated during the April 12, 2023

hearing, the HCC did not inform the Government of the reasons for its March 15, 2023 denial of

Kapoor's CARES Act request.  *See* D. 1607, Tr. at 6 ("The government is just told that it can

provide its perspective, and then the government is told what the decision is. The government is

not told the reason for that.").  At the Court's request (Tr. at 21), the Government attempted to

determine the reason for the HCC's denial of Kapoor's CARES Act request ***after*** the April 12,

2023 hearing.  The Government was told after the April 12th hearing that the HCC denied

Kapoor's request due to public safety concerns coupled with the fact that Kapoor was an

organizer and leader of criminal activity that involved 5 or more participants and 10 or more

victims.

<div style="margin-left: 45%;">

Respectfully submitted,

</div>

Date:   April 26, 2023

<div style="margin-left: 45%;">

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By:     /s/ *Patrick M. Callahan*
PATRICK M. CALLAHAN
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
Patrick.Callahan@usdoj.gov

</div>

**CERTIFICATE OF SERVICE**

I, Patrick M. Callahan, hereby certify that the foregoing was filed through the Electronic Court Filing System and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

Date:  April 26, 2023

/s/ *Patrick M. Callahan*
Patrick M. Callahan
Assistant U.S. Attorney