UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> v. </br></br> JOHN N. KAPOOR, </br></br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:16-cr-10343-ADB |

### DEFENDANT JOHN KAPOOR'S STATUS REPORT

Defendant John Kapoor respectfully submits this status report regarding his Motion to Modify Sentence (Dkt. 1580). As noted in his status report filed on April 25, 2023, Dr. Kapoor became eligible for home confinement on June 15, 2023. *See* Dkt. 1610-3 at 6. BOP has in fact now released Dr. Kapoor to home confinement.

Dated: June 26, 2023

Respectfully submitted,

**John N. Kapoor**

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com

Beth A. Wilkinson (admitted *pro hac vice*)
bwilkinson@wilkinsonstekloff.com

Kosta S. Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonstekloff.com
Wilkinson Stekloff LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 847-4000

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed electronically on June 26, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*
Brian T. Kelly
